**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | MDL No. 1:23-md-3072 |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Briefing Schedule, and for good cause shown, it is hereby **ORDERED**:

1. Plaintiffs whose cases were transferred to this district from the Northern District of Illinois shall file a single, consolidated supplemental memorandum of facts and law addressing any relevant differences between Seventh and Fourth Circuit law on the issues briefed in their original motions to remand. The memorandum shall be filed on or before Wednesday, July 5, 2023. The memorandum shall be no more than 20 pages.

2. In the cases transferred to this district from the Northern District of Illinois where briefing on the remand motions was otherwise complete prior to transfer, Boeing shall file a single brief in response to Plaintiffs' supplemental memorandum of facts and law on or before Friday, July 21, 2023. Boeing's memorandum shall be no more than 20 pages.

3. In the cases transferred to this district from the Northern District of Illinois where briefing on the remand motions was not completed prior to transfer, Boeing's briefs in opposition to Plaintiffs' motions to remand shall be filed on or before Friday, July 21, 2023. Plaintiffs' replies, if any, shall be filed on or before Friday, July 28, 2023.

4. Boeing will shortly file its motion to dismiss for forum non conveniens. The Parties met and conferred, but were unable to agree upon a briefing schedule. The Parties did agree to meet and confer on discovery related to Boeing's forthcoming motion once the motion is filed.

Oral argument on the motions to remand shall be set for Wednesday, August 9, 2023.

It is further **ORDERED** that parties meet and confer on any necessary discovery related to Boeing's motion to dismiss.

Dated: June \_\_\_\_, 2023

_____
Judge Claude M. Hilton
United States District Judge