**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-3072 |

**DEFENDANT THE BOEING COMPANY'S
MOTION TO DISMISS FOR FORUM NON CONVENIENS**

Defendant The Boeing Company ("Boeing"), by and through undersigned counsel, respectfully moves this Court to dismiss all cases coordinated or consolidated for pretrial proceedings in favor of an Indonesian forum under the doctrine of *forum non conveniens*. The doctrine of *forum non conveniens* allows courts to dismiss actions brought in the United States where an alternative forum is adequate and available, and where it would be more convenient to litigate there. *See Piper Aircraft Co. v. Reyno*, 454 U.S. 235 (1981). As more fully explained in Boeing's Memorandum in Support, Indonesia is an available and adequate forum, and the private and public interest convenience factors strongly favor of dismissal.

WHEREFORE, for the reasons stated above, as well in Boeing's Memorandum in Support, Boeing respectfully requests that this Court dismiss all cases coordinated or consolidated for pretrial proceedings in favor of an Indonesian forum under the doctrine of *forum non conveniens*.

Dated:  June 26, 2023

By: */s/ Benjamin L. Hatch*
Benjamin L. Hatch, VA Bar No. 70116
BHatch@mcguirewoods.com
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone:   +1.757.640.3700
Facsimile:    +1.757.640.3947

Mack H. Shultz (admitted *pro hac vice*)
MShultz@perkinscoie.com
Perkins Coie LLP
1201 3rd Avenue, Ste 4900
Seattle, WA 98101
Telephone:   +1.206.359.8000
Facsimile:    +1.206.359.9000

*Attorneys for Defendant The Boeing Company*

## CERTIFICATE OF SERVICE

I, Benjamin L. Hatch, hereby certify that on June 26, 2023, I filed the foregoing ***MOTION TO DISMISS FOR FORUM NON CONVENIENS*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch, VA Bar No. 70116
BHatch@mcguirewoods.com
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone:   +1.757.640.3700
Facsimile:    +1.757.640.3947
