IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

IN RE:                                )
                                      )
AIR CRASH INTO THE JAVA SEA           )      MDL No. 1:23-md-3072
ON JANUARY 9, 2021                    )

<u>**ORDER**</u>

THIS MATTER comes before the Court on Illinois Plaintiffs'
Motion for Leave to File Opposition to Boeing's Forum Non
Conveniens Motion or Join Virginia Plaintiffs' Opposition to
Boeing's Forum Non Conveniens Motion. It is hereby

ORDERED that Illinois Plaintiffs may join Virginia
Plaintiffs' Opposition to Boeing's Forum Non Conveniens Motion.

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August _4_, 2023