**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| IN RE:<br><br>AIR CRASH INTO THE JAVA SEA<br>ON JANUARY 9, 2021 | MDL No. 1:23MD3072 |

**Notice of Authorities for October 2, 2023, Hearing**

Illinois plaintiffs will rely on the following authorities in support of discovery on Boeing's FNC motion at the above referenced hearing:

*Van Cauwenberghe v. Biard*, 486 U.S. 517, 529, 108 S.Ct. 1945, 100 L.Ed.2d 517 (1988);

*Lakkas v. Liberian M/V Caledonia*, 443 F.2d 10, 11 (4th Cir. 1971) (per curiam);

*Blanco v. Carigulf Lines*, 632 F.2d 656 (5th Cir.1980);

Eastport Ventures, Ltd. v. Kariman, No. 1:06cv1177, 2007 WL 783028, at *7 (E.D.Va. Mar. 13, 2007)

Loring v. Southern Air Charter Co., Ltd., No. PX-16-3844, 2018 WL 3122440, (D. Md. June 26, 2018);

*In re Air Crash Disaster Near Palembang*, No. MDL 1276, 2000 WL 33593202, (W.D. Wash. Jan. 14, 2000);

*In Re Bridgestone/Firestone, Inc.*, 131 F.Supp.2d 1027, 1029 (S.D. Ind. 2002);

*Japax, Inc. v. Sodick Co., Ltd.*,186 Ill.App.3d 656, 542 N.E.2d 792 (1st Dist. 1989);

*Adiputra v. the Boeing Company,* 1:07-CV-00250, Dkt. 22, (N.D. I., June 20, 2007);

1

*United States v. Boeing Co.*, 4:21-CR-5-O, 2022 WL 13829875, (N.D. Tex. Oct. 21, 2022);

*Liability for the Death of Aircraft Passengers in Indonesia,* 85 J. Air L. & Com. 573, Journal of Air Law and Commerce (Fall, 2020).

Dated: September 26, 2023        Respectfully submitted,

By:  */s/ Mohammad Hamoudi*
          By Counsel
Pro Hac Vice
Charles Herrmann (WA Bar No. 6173)
Anthony Marsh (WA Bar No. 45194)
Mohammad Hamoudi (WA Bar No. 48512, CA Bar No. 273104)
HERRMANN LAW GROUP
505 5th Avenue South, Suite 330
Seattle, WA 98104
(206) 625-9104


By:  */s/ Thomas Patrick Routh*
          By Counsel
Thomas Patrick Routh
Nolan Law Group
20 N Clark St 30th Floor
Chicago, Illinois 60602-5094
(312) 630-4000


By:   */s/ Floyd Wisner*
          By Counsel
Floyd A. Wisner
Alexandra Wisner
Wisner Law Firm
161 N. Clark Street Suite 1600
Chicago, Illinois 60601
(312) 216-5168

By:   */s/ Sanjiv N. Singh*
            By Counsel
Sanjiv N. Singh
Sanjiv N. Singh, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
(650) 389-2255
pro hac vice


By:   */s/ Michael B. Indrajana*
            By Counsel
Michael B. Indrajana
Indrajana Law Group, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
(650) 597-0928
pro hac vice


By:   */s/ Vincent C. Mancini*
            By Counsel
Vincent C. Mancini
Reimer Dobrovolny & La Bardi PC
15 Spinning Wheel Road
Suite 310
Hinsdale, IL 60521
(630) 654-9547
pro hac vice