| Statement of Full and Final Release and Discharge of All Claims ("Release and Discharge") | Pernyataan Pelepasan dan Pembebasan Akhir dan Menyeluruh dari Segala Tuntutan ("Pelepasan dan Pembebasan") |
|---|---|

On this day, Thursday, 24 January 2019, we, the undersigned: | Pada hari ini, Kamis, 24 Januari 2019, kami, yang bertandatangan di bawah ini:

1. Name        : ▮▮▮
   Address     : ▮▮▮
                 Kota Bekasi, Indonesia
   ID Card No. : ▮▮▮

   acting in my own capacity as the husband of ▮▮▮ and as the father and legal guardian of our child, who is a minor:

   i. Name          : ▮▮▮
      Place / date of birth : ▮▮▮
      Address       : ▮▮▮
                      Kota Bekasi, Indonesia
      NIK No.       : ▮▮▮

2. Name        : ▮▮▮
   Address     : ▮▮▮
                 Indonesia
   ID Card No. : ▮▮▮

   acting in my own capacity as the father of ▮▮▮;

each individually as beneficiary and/or dependent

1. Nama        : ▮▮▮
   Alamat      : ▮▮▮
                 Kota Bekasi, Indonesia
   KTP No.     : ▮▮▮

   bertindak dalam kapasitas saya sendiri selaku suami dari ▮▮▮ dan selaku ayah kandung dan wali dari anak kami, yang masih di bawah umur:

   i. Nama              : ▮▮▮
      Tempat / tanggal lahir : ▮▮▮
      Alamat            : ▮▮▮
                          Kota Bekasi, Indonesia
      NIK No.           : ▮▮▮

2. Nama        : ▮▮▮
   Alamat      : ▮▮▮
                 Indonesia
   KTP No.     : ▮▮▮

   bertindak dalam kapasitas saya sendiri selaku ayah kandung dari ▮▮▮;

masing-masing secara perorangan selaku penerima

Initial / Paraf:

1

and/or jointly with the other undersigned as heirs and on behalf of the survivors, estate, heirs, assigns, beneficiaries or dependents (hereinafter collectively referred to as the **"Releasors"**) of ▇▇▇▇▇▇ (**"Passenger"**), a passenger who died in the accident involving PT Lion Mentari Boeing 737-8 MAX aircraft, registration PK-LQP (**"Aircraft"**) operating as flight number JT610 from Jakarta, Soekarno-Hatta International Airport to Pangkal Pinang, Bangka Belitung Islands, Indonesia on 29 October 2018 (**"Accident"**), hereby accept payment from PT Lion Mentari (**"Lion Air"**) in the sum of IDR 1,300,000,000.00 (One Billion Three Hundred Million Rupiah) (**"Compensation"**) in full, final and complete settlement of the Releasors' claims arising out of or relating to the death of the Passenger, as a result of the Accident.

For and in consideration of the Compensation, the sufficiency and receipt of which is hereby acknowledged, the Releasors state and agree to the following:

1. The Releasors hereby release, discharge and forever renounce all of their rights to file, bring a legal proceeding of any kind before any jurisdiction whether civil, criminal, administrative or other, wherever situated, or to assert by any means past, present, and future charges, objections, claims, demands, obligations, liabilities, actions, causes of action, suits, damages, benefits, costs, loss of legal or financial support, funeral expenses, debts, dues, sums of money, accounts, reckonings, bonds, bills, agreements in any form including but not limited to contracts, covenants and promises, controversies, variances, trespasses, judgments, executions, and any other claims and demands of any and every kind and nature whatsoever, whether for alleged or actual damages, punitive damages, moral damages, pecuniary or non-pecuniary damages, material or non-material damages, wrongful death, survival actions, property losses, business losses, loss of profits, injuries, or any other losses or expenses, as well as all potential claims of any and every kind or nature whether known or unknown, foreseen or unforeseen, which the Releasors may hereafter accrue or otherwise acquire, in any jurisdiction in the world, on account of, or in any way relating to or arising out of the Accident against any or all of the **"Releasees"** (as defined in Clause 2 below) in any tribunal or proceeding,

dan/atau tanggungan dan/atau secara bersama-sama dengan penandatangan lainnya di bawah ini selaku ahli waris dan atas nama keluarga yang ditinggalkan, warisan, para ahli waris, para penerima hak, para penerima manfaat atau para tanggungan (selanjutnya bersama-sama disebut **"Para Pemberi Pelepasan"**) dari ▇▇▇▇▇▇ (**"Penumpang"**), seorang penumpang yang meninggal dunia dalam kecelakaan yang melibatkan pesawat udara PT Lion Mentari Boeing 737-8 MAX pendaftaran PK-LQP (**"Pesawat Udara"**) yang beroperasi sebagai penerbangan nomor JT610 dari Bandar Udara Internasional Soekarno-Hatta, Jakarta ke Pangkal Pinang, Kepulauan Bangka Belitung, Indonesia pada tanggal 29 Oktober 2018 (**"Kecelakaan"**) dengan ini menerima pembayaran dari PT Lion Mentari (**"Lion Air"**) sebesar Rp. 1.300.000.000,- (Satu Milyar Tiga Ratus Juta Rupiah) (**"Kompensasi"**) sebagai penyelesaian secara penuh, akhir dan menyeluruh atas tuntutan-tuntutan Para Pemberi Pelepasan yang timbul dari atau yang terkait kematian Penumpang, sebagai akibat dari Kecelakaan.

Untuk dan sebagai imbalan atas Kompensasi, kecukupan dan penerimaan mana dengan ini diakui, Para Pemberi Pelepasan menyatakan dan menyetujui hal-hal berikut ini:

1. Para Pemberi Pelepasan dengan ini melepaskan, membebaskan dan untuk selama-lamanya menanggalkan seluruh haknya untuk mengajukan gugatan atau tuntutan hukum dalam bentuk apa pun di yurisdiksi mana pun, baik secara perdata, pidana, administratif atau lainnya, dimanapun, atau untuk menuntut dengan cara apa pun, tuntutan-tuntutan, keberatan-keberatan, klaim-klaim, permintaan-permintaan, kewajiban-kewajiban, tanggung jawab, gugatan-gugatan, dasar gugatan, perkara-perkara, ganti rugi, manfaat-manfaat, biaya-biaya, kehilangan bantuan hukum atau bantuan finansial, biaya-biaya pemakaman, hutang-hutang, iuran-iuran, sejumlah uang, rekening, perhitungan, obligasi-obligasi, tagihan-tagihan, perjanjian-perjanjian dalam segala bentuk apa pun termasuk namun tidak terbatas pada kontrak-kontrak, persetujuan-persetujuan dan janji-janji, perselisihan, perbedaan, pelanggaran, putusan-putusan, eksekusi-eksekusi, dan setiap dan segala jenis klaim dan tuntutan dalam bentuk dan sifat apa pun yang timbul baik di masa lalu, saat ini dan masa depan, baik untuk ganti rugi yang diduga atau ganti rugi yang sebenarnya, ganti rugi yang bersifat menghukum, ganti rugi moral, ganti rugi yang bernilai atau tidak bernilai, ganti rugi materiil atau immateriil, gugatan atas kematian (*wrongful death*), *survival actions*, kerugian harta benda, kerugian bisnis, kehilangan keuntungan, luka-luka, atau setiap kerugian atau biaya yang lainnya, termasuk juga

Initial / Paraf:

2

including but not limited to any court of law, arbitration, any law enforcement institution or other government institution pursuant to any applicable laws and regulations of Indonesia, including but not limited to the Republic of Indonesia Law No. 1 of 2009 concerning Aviation and Minister of Transportation Regulation No. PM 77 of 2011 regarding Liability of Air Carrier as amended by Minister of Transportation Regulation No. PM 92 of 2011, the Civil Code and/or any consumer protection legislation, and/or the laws and regulations of any other country.

seluruh klaim potensial apa pun dan dalam bentuk atau sifat apa pun yang terkait dengan satu atau semua ganti rugi, luka-luka atau kerugian lainnya, baik yang diketahui maupun yang tidak diketahui, yang dapat diduga atau tidak dapat diduga, yang dimiliki oleh Para Pemberi Pelepasan sekarang, atau dinyatakan dimiliki, atau yang selanjutnya diperoleh, atau yang akan mungkin didapatkan dari yurisdiksi manapun di seluruh dunia, karena, atau yang dengan cara apapun berhubungan dengan atau timbul dari Kecelakaan terhadap setiap atau seluruh dari **"Para Penerima Pelepasan"** (sebagaimana didefinisikan pada Klausul 2 di bawah ini) dalam setiap tribunal atau perkara hukum, termasuk namun tidak terbatas pada setiap pengadilan, arbitrase atau lembaga penegak hukum mana pun atau instansi pemerintahan lainnya, menurut hukum dan peraturan perundang-undangan yang berlaku di Indonesia, termasuk namun tidak terbatas pada Undang-Undang Republik Indonesia Nomor 1 Tahun 2009 tentang Penerbangan dan Peraturan Menteri Perhubungan Nomor PM 77 Tahun 2011 tentang Tanggung Jawab Pengangkut Angkutan Udara sebagaimana diubah dengan Peraturan Menteri Perhubungan Nomor PM 92 Tahun 2011, Kitab Undang-Undang Hukum Perdata dan/atau setiap perundang-undangan di bidang perlindungan konsumen, dan/atau hukum dan peraturan perundang-undangan dari negara-negara lain.

2. For purposes of this Release and Discharge, the term **"Releasees"** shall be defined as, and include, all of the following entities:

   (a) PT Lion Mentari; and

   (b) CMIG Aircraft Leasing Fifteen Ireland Limited, Transportation Partners Pte. Ltd., Integrated Aero Network S.A.S., CMIG Aviation Capital Holding Ireland DAC, DVB Bank SE, Singapore Branch, DVB Bank SE, London Branch, BNP Paribas, The Boeing Company, CFM International, Inc., General Electric Company, GE Aviation, Safran Aircraft Engines SAS, United Technologies Corporation, and any and all persons or business entities referred to in Schedule 1 hereto, which is expressly incorporated into and forms an integral part of this Release and Discharge; and

   (c) any and all persons or business entities who manufactured, designed, supplied, sold or installed any part, component or system which was on, a part of, or

2. Untuk tujuan-tujuan Pelepasan dan Pembebasan ini, istilah **"Para Penerima Pelepasan"** harus diartikan sebagai, dan termasuk, semua entitas di bawah ini:

   (a) PT Lion Mentari; dan

   (b) CMIG Aircraft Leasing Fifteen Ireland Limited, Transportation Partners Pte. Ltd., Integrated Aero Network S.A.S., CMIG Aviation Capital Holding Ireland DAC, DVB Bank SE, Singapore Branch, DVB Bank SE, London Branch, BNP Paribas, The Boeing Company, CFM International, Inc, General Electric Company, GE Aviation, Safran Aircraft Engines SAS, United Technologies Corporation dan setiap serta semua orang atau entitas bisnis yang disebutkan pada Lampiran 1 disini, yang secara tegas dimasukkan ke dalam dan merupakan bagian integral dari Pelepasan dan Pembebasan ini; dan

   (c) setiap dan semua orang atau entitas bisnis yang membuat, merancang, menyediakan, menjual atau yang memasang setiap bagian, komponen, atau sistem yang terdapat pada,

Initial / Paraf:

3

| | |
|---|---|
| incorporated into the Aircraft and/or its engines, and any persons or business entities who contracted or sub-contracted for, or performed ground handling services of any kind, maintenance, repairs, overhauling, service checks, refurbishment, training, inspections, return to service, or installation of parts, components or systems, at any time on the Aircraft and/or its engines; and | merupakan bagian dari, atau yang tergabung dalam Pesawat Udara dan/atau mesin-mesinnya dan setiap orang atau entitas bisnis yang terikat perjanjian atau menerima sub-kontrak untuk, atau melaksanakan jasa penanganan darat dalam bentuk apa pun, pemeliharaan, perbaikan, perombakan, pemeriksaan layanan-layanan, pembaharuan, pelatihan, inspeksi-inspeksi, *return to service*, atau pemasangan bagian-bagian, komponen-komponen atau sistem-sistem, pada setiap saat pada Pesawat Udara dan/atau mesin-mesinnya; dan |
| (d) any person or business entity who has or ever had an ownership interest, security interest or financial interest in the Aircraft and/or its engines or has or ever had an interest as a lessor of the Aircraft and/or its engines; and | (d) setiap orang atau entitas bisnis yang memiliki atau yang pernah mempunyai kepentingan kepemilikan, kepentingan jaminan atau kepentingan keuangan dalam Pesawat Udara dan/atau mesin-mesinnya atau yang memiliki atau pernah memiliki kepentingan selaku pihak yang menyewakan Pesawat Udara dan/ atau mesin-mesinnya; dan |
| (e) any other person, business entity, government, agency, or organization who are and/or may be alleged to be jointly and/or severally liable, whether as joint wrongdoer or otherwise, for the Accident; and | (e) setiap orang, entitas bisnis, pemerintah, agensi, atau organisasi lainnya yang bertanggung jawab dan/atau mungkin dapat diduga bertanggung jawab baik secara sendiri dan/atau bersama-sama sebagai kumpulan pelaku kesalahan atau sebaliknya, atas Kecelakaan; dan |
| (f) in respect of (a), (b), (c), (d) and (e) above, any and all of their respective past, present, and future officers, managers, directors, commissioners, shareholders, attorneys, agents (including but not limited to travel agents and ticketing agents), representatives, employees, employers, associated companies and/or subsidiaries, parent companies, affiliates, partners, joint ventures, lessors, lessees, contractors and sub-contractors, brokers including insurance brokers, insurers and reinsurers, successors and assigns. | (f) dalam hubungannya dengan butir (a), (b), (c), (d) dan (e) di atas, setiap dan seluruh pejabat, manajer, direktur, komisaris, para pemegang saham, pengacara, agen (termasuk namun tidak terbatas pada agen perjalanan dan agen tiket), perwakilan, karyawan, para pemberi kerja, perusahaan yang terkait dan/atau anak-anak perusahaan, perusahaan induk, afiliasi-afiliasi, rekanan, usaha patungan, pemberi sewa, penerima sewa, para kontraktor dan sub-kontraktor, perantara termasuk pialang asuransi, para penanggung asuransi dan reasuradur, para pengganti dan penerima hak mereka masing-masing di masa lalu, saat ini, dan masa depan. |
| 3. Without prejudice to the foregoing and for the avoidance of doubt, the Releasors acknowledge and declare that by executing this Release and Discharge, they have released, discharged and forever renounced any claim for damages or compensation of any kind whatsoever which the Releasors have or may have arising out of or in any way related to the Accident against any person or entity anywhere in the world. | 3. Tanpa mengurangi ketentuan-ketentuan yang sebelumnya dan untuk menghindari keragu-raguan, Para Pemberi Pelepasan mengakui dan menyatakan bahwa dengan menandatangani Pelepasan dan Pembebasan ini, mereka telah melepaskan, membebaskan, dan untuk selama-lamanya melepaskan setiap tuntutan untuk ganti rugi atau kompensasi apa pun yang dimiliki atau mungkin dimiliki oleh Para Pemberi Pelepasan yang timbul dari atau yang dengan cara apa pun berhubungan dengan Kecelakaan terhadap setiap |

Initial / Paraf:

4

4. The Releasors hereby expressly warrant, represent and agree that in executing this Release and Discharge, the Releasors do so with full knowledge of any and all rights the Releasors may have with respect to the Releasees and that the Releasors do not rely and have not relied upon any advice, representation or statement made by, on behalf of, or anyone associated with the Releasees with respect to any factual representations regarding the Accident or the Releasors' rights or asserted rights in that connection, and the Releasors hereby assume the risk of any mistake in connection with any facts which are now unknown to the Releasors relating thereto. In this regard, all rights under any law or statute of any jurisdiction that provides that a release does not extend to claims which a Releasor does not know or suspect to exist in his or her favor at the time of executing a release, or words to that effect, are hereby expressly and voluntarily waived by the Releasors. Accordingly, this Release and Discharge shall extend to claims which the Releasors do not know or suspect to exist in their favor at the time of executing this Release and Discharge, which if known by them must have materially affected their settlement with the Releasees. The Releasors expressly acknowledge and represent that they understand the meaning and effect of this Clause 4, and the Releasors expressly consent that this Release and Discharge shall be given full force and effect according to each and all of its express terms and provisions, including, without limitation, those relating to the release of unknown and unsuspected claims, demands and causes of action.

5. The Releasors agree to defend, indemnify and hold harmless the Releasees from and against any and all claims which may be made by any other person or entity against any one or more of the Releasees arising out of or in connection with the death of the Passenger as a result of the Accident or this settlement or the payment made based on this Release and

4. Para Pemberi Pelepasan dengan ini secara tegas menjamin, menyatakan dan menyetujui bahwa dalam menandatangani Pelepasan dan Pembebasan ini, Para Pemberi Pelepasan melaksanakannya dengan pengetahuan penuh atas setiap dan semua hak yang dimiliki Para Pemberi Pelepasan sehubungan dengan Para Penerima Pelepasan dan Para Pemberi Pelepasan tidak dan tidak pernah bergantung pada nasihat, gambaran atau pernyataan apa pun yang dibuat oleh, atas nama, atau setiap orang yang terkait dengan Para Penerima Pelepasan berkaitan dengan pernyataan-pernyataan faktual mengenai Kecelakaan atau hak-hak yang dimiliki oleh atau yang dituntut oleh Para Pemberi Pelepasan dalam hubungannya dengan hal itu dan Para Pemberi Pelepasan dengan ini memikul resiko kesalahan yang berkaitan dengan fakta-fakta apa pun yang sekarang tidak diketahui oleh Para Pemberi Pelepasan yang berhubungan dengan hal itu. Dalam hal ini, seluruh hak berdasarkan hukum atau perundang-undangan di yurisdiksi mana pun yang menetapkan bahwa pelepasan tidak mencakup klaim-klaim yang tidak diketahui atau yang diduga keberadaannya untuk keuntungannya pada saat penandatanganan Pelepasan dan Pembebasan ini, atau kata-kata yang memberikan akibat semacam itu, dengan ini secara tegas dan secara sukarela dikesampingkan oleh Para Pemberi Pelepasan. Oleh karenanya, Pelepasan dan Pembebasan ini akan mencakup seluruh tuntutan yang tidak diketahui oleh Para Pemberi Pelepasan atau yang diduga keberadaannya untuk keuntungannya pada saat penandatanganan Pelepasan dan Pembebasan ini, yang mana jika diketahui oleh mereka akan secara material mempengaruhi penyelesaian dengan Para Penerima Pelepasan. Para Pemberi Pelepasan dengan tegas mengakui dan menyatakan bahwa mereka memahami maksud dan akibat dari Klausul 4 ini, dan Para Pemberi Pelepasan dengan tegas menyetujui bahwa Pelepasan dan Pembebasan ini akan memiliki kekuatan serta akibat penuh menurut setiap dan seluruh syarat dan ketentuannya yang tegas, termasuk, tanpa pembatasan, segala hal yang berkaitan dengan pelepasan klaim, tuntutan dan dasar gugatan yang tidak diketahui maupun yang tidak terduga.

5. Para Pemberi Pelepasan setuju untuk membela, menjamin serta melindungi Para Penerima Pelepasan dari dan terhadap semua tuntutan yang mungkin diajukan oleh setiap orang atau entitas lain terhadap salah satu atau lebih Para Penerima Pelepasan yang timbul dari atau yang berkaitan dengan kematian Penumpang sebagai akibat dari Kecelakaan atau penyelesaian ini

(continuation above: orang atau entitas apa pun di seluruh dunia.)

Initial / Paraf:

5

| | |
|---|---|
| Discharge. | atau pembayaran yang dilakukan menurut Pelepasan dan Pembebasan ini. |
| 6. In consideration of the payment of Compensation, the Releasors assign and transfer all of their rights of claim against any party arising out of the Accident to Lion Air and/or its insurers who are subrogated to such rights. | 6. Sebagai imbalan atas pembayaran Kompensasi, Para Pemberi Pelepasan menyerahkan dan mengalihkan seluruh hak yang mereka miliki untuk menuntut setiap pihak mana pun yang timbul dari Kecelakaan kepada Lion Air dan/atau para penanggung asuransinya yang menerima subrogasi hak-hak tersebut. |
| 7. Payment of the Compensation shall not constitute any acknowledgement of liability, fault and/or negligence by the Releasees in any way relating to the Accident. Neither shall this Release and Discharge nor any of its terms be offered or received as evidence in any proceeding in any forum as an admission or evidence of any liability or wrongdoing on the part of any of the Releasees. The Releasors acknowledge that each Releasee expressly denies and disclaims such liability and responsibility and that the payment described herein is being made to avoid litigation and to buy Releasees their peace. | 7. Pembayaran Kompensasi bukanlah merupakan pengakuan tanggung jawab, kesalahan dan/atau kelalaian Para Penerima Pelepasan yang dengan cara apapun berkaitan dengan Kecelakaan. Baik Pelepasan dan Pembebasan ini maupun segala ketentuan di dalamnya tidak dapat ditawarkan atau diterima sebagai alat bukti dalam proses hukum di manapun sebagai pengakuan atau bukti dari tanggung jawab atau kesalahan dari Para Penerima Pelepasan. Para Pemberi Pelepasan mengakui bahwa masing-masing Penerima Pelepasan dengan tegas menyangkal dan mengingkari tanggung jawab dan kewajiban tersebut dan bahwa pembayaran yang dijelaskan disini dibuat untuk menghindari litigasi dan untuk menerima perdamaian dari Para Penerima Pelepasan. |
| 8. The Releasors warrant that they are the only personal representatives of the estate of the Passenger, legal heirs, beneficiaries and/or dependents of the Passenger who are entitled to claim and to receive the Compensation in connection the death of the Passenger or the Accident and that there are no other personal representatives, legal heirs, beneficiaries or dependents of the Passenger. The Releasors further warrant that the Releasors have not abandoned, assigned or otherwise disposed of the Releasors' rights to the estate of the Passenger. | 8. Para Pemberi Pelepasan menjamin bahwa mereka adalah satu-satunya perwakilan perorangan dari warisan Penumpang, para ahli waris, para penerima manfaat dan/atau para tanggungan dari Penumpang yang berhak menuntut dan menerima Kompensasi dalam kaitannya dengan kematian Penumpang atau Kecelakaan dan bahwa tidak ada para perwakilan perorangan, ahli waris, penerima manfaat atau tanggungan dari Penumpang yang lainnya. Para Pemberi Pelepasan lebih lanjut menjamin bahwa Para Pemberi Pelepasan tidak pernah meninggalkan, menyerahkan atau sebaliknya mengalihkan hak-hak yang dimiliki Para Pemberi Pelepasan atas warisan Penumpang. |
| 9. The Releasors warrant that they have full legal capacity and authority to execute this Release and Discharge on their own behalf and/or on behalf of any and all persons and entities having any beneficial interest whatsoever in the claims and demands released, and the Releasors agree to defend, indemnify and hold harmless the Releasees from and against any and all claims and actions which may at any time hereinafter be made or instituted against any and all of the Releasees for the purpose of enforcing any claim by Releasors, or for damages resulting from or in any way arising out of the death of the Passenger, including the cost of the | 9. Para Pemberi Pelepasan menjamin bahwa mereka memiliki kapasitas hukum dan wewenang penuh untuk menandatangani Pelepasan dan Pembebasan ini atas nama mereka sendiri dan/atau atas nama setiap dan semua orang dan entitas lainnya yang memiliki kepentingan manfaat apa pun dalam klaim-klaim dan tuntutan-tuntutan yang dilepaskan, dan Para Pemberi Pelepasan menyetujui untuk membela, menjamin dan melindungi Para Penerima Pelepasan dari dan terhadap setiap dan seluruh tuntutan dan gugatan yang mungkin dibuat setelah ini atau diajukan terhadap setiap dan semua Para Penerima Pelepasan untuk tujuan pelaksanaan tuntutan apa pun dari Para Pemberi |

Initial / Paraf:

6

| | |
|---|---|
| Releasees' defense in any such action or actions. | Pelepasan, atau untuk ganti rugi yang timbul dari atau sebagai akibat dari kematian Penumpang, termasuk biaya pembelaan Para Penerima Pelepasan dalam gugatan tersebut atau gugatan-gugatan apa pun. |
| 10. For avoidance of doubt, the provisions of this Release and Discharge shall be binding upon the Releasors, the Passenger's estate, and the Passenger's heirs, executors, administrators, agents, representatives, successors, survivors, assigns, beneficiaries, dependants and/or personal representatives. | 10. Untuk menghindari keragu-raguan, ketentuan-ketentuan Pelepasan dan Pembebasan ini mengikat Para Pemberi Pelepasan, warisan dari Penumpang dan para ahli waris Penumpang, para pelaksana, para pengurus, agen-agen, para perwakilan, para pengganti, keluarga yang ditinggalkan, para penerima hak, para penerima manfaat, para tanggungan dan/atau para perwakilan perorangan. |
| 11. This Release and Discharge, its interpretation and implementation and all consequences thereof shall be governed by and subject to the applicable laws of the Republic of Indonesia, disregarding any conflicts of law provision that may require the application of the law of another jurisdiction. | 11. Pelepasan dan Pembebasan ini, penafsirannya, pelaksanaannya dan seluruh akibat daripadanya akan diatur oleh dan tunduk pada hukum yang berlaku di Republik Indonesia, mengabaikan ketentuan konflik-konflik hukum apa pun yang mungkin memerlukan penerapan hukum dari yurisdiksi lainnya. |
| 12. Any disputes arising out of or based on or in connection with this Release and Discharge shall be brought in a District Court in the Republic of Indonesia and the parties irrevocably and unconditionally submit to the exclusive jurisdiction of the courts of the Republic of Indonesia to resolve or settle such disputes. | 12. Segala sengketa yang timbul dari atau berdasarkan pada atau yang terkait dengan Pelepasan dan Pembebasan ini harus diajukan ke Pengadilan Negeri di Republik Indonesia dan para pihak secara tidak bersyarat dan tidak dapat ditarik kembali tunduk pada yurisdiksi eksklusif pengadilan di Republik Indonesia untuk memutuskan atau menyelesaikan perselisihan tersebut. |
| 13. In the event any provision of this Release and Discharge should for any reason be held to be invalid, illegal or unenforceable, the remainder of this Release and Discharge shall remain in full force and effect. | 13. Dalam hal terdapat ketentuan dalam Pelepasan dan Pembebasan ini yang dinyatakan tidak sah, bertentangan dengan hukum atau tidak dapat dilaksanakan karena alasan apa pun, ketentuan-ketentuan yang lainnya dalam Pelepasan dan Pembebasan ini akan tetap berlaku dan memiliki kekuatan serta akibat penuh. |
| 14. The Releasors have been given the opportunity to consult with a lawyer to review and evaluate this Release and Discharge and Releasors attest that they have done so or agree to waive this right. The Releasors further understand and agree that they will be responsible for the payment of the Releasors' own costs arising from and in connection with any matters related to the Accident, other than any expenses previously paid for by Releasees, and that Releasors will be responsible for the payment of any attorneys' fees and expenses that they have incurred or may incur in connection with this Release and Discharge. | 14. Para Pemberi Pelepasan telah diberi kesempatan untuk berkonsultasi dengan pengacara untuk meninjau dan menilai Pelepasan dan Pembebasan ini dan Para Pemberi Pelepasan menegaskan bahwa mereka telah melakukannya atau setuju untuk mengenyampingkan haknya ini. Para Pemberi Pelepasan lebih lanjut memahami dan menyetujui bahwa mereka akan bertanggung jawab atas pembayaran biaya-biaya Para Pemberi Pelepasan sendiri yang timbul dari atau yang terkait dengan segala hal yang berhubungan dengan Kecelakaan, selain dari biaya-biaya yang sebelumnya telah dibayarkan oleh Para Penerima Pelepasan, dan bahwa Para Pemberi Pelepasan akan bertanggung jawab untuk pembayaran biaya-biaya dan ongkos-ongkos pengacara yang telah mereka pikul atau mungkin akan mereka tanggung dalam hubungannya dengan Pelepasan |

Initial / Paraf:

7

| | |
|---|---|
| | dan Pembebasan ini. |
| 15. For the avoidance of doubt, Releasors declare and represent that no promises or agreements not herein expressed have been made and that this Release and Discharge contains the entire agreement between the parties hereto and that the terms of this Release and Discharge are contractual and not a mere recital. No other understandings, statements, promises, or inducements, oral or otherwise, contrary to or inconsistent with the terms of this Release and Discharge exist. | 15. Untuk menghindari keragu-raguan, Para Pemberi Pelepasan menyatakan dan menerangkan bahwa tidak ada janji-janji atau kesepakatan-kesepakatan yang tidak ditegaskan di sini telah dibuat dan bahwa Pelepasan dan Pembebasan ini mengandung keseluruhan kesepakatan di antara para pihak yang tercantum di sini dan seluruh ketentuan dalam Pelepasan dan Pembebasan ini bersifat kontraktual dan bukan hanya sekedar pernyataan belaka. Tidak terdapat pemahaman-pemahaman, pernyataan-pernyataan, janji-janji, atau dorongan-dorongan, baik secara lisan atau sebaliknya, yang bertentangan atau inkonsisten dengan syarat-syarat Pelepasan dan Pembebasan ini. |
| 16. Except as required by a court order or otherwise required by law, the Releasors agree that they will not disclose, disseminate or publish, either orally or in writing, to any person or entity other than their attorney(s) and/or accountant: the Release and Discharge or portions thereof; the identity of the parties to or named in this Release and Discharge, including the Passenger, Releasors, and Releasees identified in Clause 2 and Schedule 1 hereto; or the Compensation. Disclosure, dissemination or publication of this Release and Discharge and the information contained herein, including but not limited to the identity of the parties to or named in this Release and Discharge, including the Passenger, Releasors, and Releasees identified in Clause 2 and Schedule 1 hereto, the claims being released by this Release and Discharge, the terms of this Release and Discharge, or the Compensation, is prohibited except as follows: this Release and Discharge may be disclosed to (1) the Releasees' attorneys accountants, and/or insurers for purposes of payment of the Compensation, tax purposes, and as documentation confirming the legal resolution of Releasors' claims, and (2) any court of law, provided that the submission of this Release and Discharge to any court must be made under seal. The persons and entities permitted to see this Release and Discharge and/or to maintain the original or a copy as described herein shall be instructed to treat this Release and Discharge as Confidential. | 16. Kecuali diwajibkan dengan perintah pengadilan atau sebaliknya diwajibkan menurut hukum, Para Pemberi Pelepasan menyetujui bahwa mereka tidak akan mengungkapkan, menyebarluaskan maupun mengumumkan, baik secara lisan maupun tertulis, kepada setiap orang atau entitas selain dari pengacara (-pengacara) dan/atau akuntan mereka: Pelepasan dan Pembebasan ini atau bagian daripadanya; identitas dari para pihak yang dicantumkan atau yang disebutkan dalam Pelepasan dan Pembebasan ini, termasuk nama Penumpang, Para Pemberi Pelepasan, dan Para Penerima Pelepasan yang diidentifikasi dalam Klausul 2 dan Lampiran 1 disini; atau Kompensasi. Pengungkapan, penyebarluasan atau pengumuman Pelepasan dan Pembebasan ini dan informasi yang terdapat di dalamnya, termasuk namun tidak terbatas pada identitas para pihak yang tercantum pada atau disebutkan dalam Pelepasan dan Pembebasan ini, termasuk nama Penumpang, Para Pemberi Pelepasan, dan Para Penerima Pelepasan yang diidentifikasi dalam Klausul 2 dan Lampiran 1 disini, tuntutan-tuntutan yang dilepaskan oleh Pelepasan dan Pembebasan ini, syarat-syarat Pelepasan dan Pembebasan ini, atau Kompensasi adalah dilarang kecuali sebagai berikut: Pelepasan dan Pembebasan ini dapat diungkapkan kepada (1) para pengacara dan/atau para akuntan dan/atau para penanggung asuransi dari Para Pemberi Pelepasan untuk tujuan pembayaran Kompensasi, tujuan pajak, dan sebagai dokumentasi yang menegaskan resolusi secara hukum atas tuntutan-tuntutan dari Para Pemberi Pelepasan, dan (2) pengadilan mana pun, dengan ketentuan bahwa penyampaian Pelepasan dan Pembebasan ini kepada pengadilan mana pun harus diperlakukan di bawah prosedur khusus secara rahasia. Orang-orang atau entitas-entitas yang diperkenankan untuk melihat Pelepasan dan Pembebasan ini dan/atau untuk memelihara asli |

Initial / Paraf:

8

| | |
|---|---|
| | atau salinan sebagaimana dijelaskan di sini harus diperintahkan untuk memperlakukan Pelepasan dan Pembebasan ini sebagai Rahasia. |
| 17. The Releasors represent and warrant that there is no person or entity who may be or become entitled to claim as an assignee, lien holder or subrogee and acknowledge, declare, covenant and agree that this Release and Discharge contemplates and includes, but is not limited to, any and all outstanding claims, demands, liens, assignments or subrogation attempts, known or unknown, arising from this matter, including but not limited to, any and all subrogation rights, whether by subrogation agreement, loan receipt or other form, liens for attorneys' fees and any and all other claims of whatsoever nature against any of the Releasees, which to the extent asserted by a person or entity other than the Releasors, have been or will be satisfied by the Releasors. The Releasors hereby stipulate and agree to defend, discharge, indemnify and hold harmless the Releasees from any and all losses or liabilities resulting from any such claim, demand, lien, assignment or subrogation attempt, including any expenses, attorneys' fees and costs related thereto. | 17. Para Pemberi Pelepasan menyatakan dan menjamin bahwa tidak ada orang atau entitas yang mungkin berhak atau menjadi berhak untuk menuntut sebagai seorang penerima hak, pemegang gadai atau penerima subrogasi dan mengakui, menyatakan, berjanji dan menyetujui bahwa Pelepasan dan Pembebasan ini dimaksudkan dan mencakup, namun tidak terbatas pada, setiap dan seluruh tuntutan, permintaan, hak gadai, penyerahan atau upaya subrogasi yang belum diselesaikan, baik yang diketahui maupun yang tidak diketahui, yang timbul dari hal ini, termasuk namun tidak terbatas pada, setiap dan seluruh hak subrogasi, baik dengan perjanjian subrogasi, tanda terima hutang atau bentuk lainnya, hak gadai atas biaya-biaya pengacara dan setiap dan seluruh klaim dalam bentuk apa pun terhadap salah satu dari Para Penerima Pelepasan, sepanjang dinyatakan oleh seseorang atau entitas lain selain dari Para Pemberi Pelepasan, telah atau akan dipenuhi oleh Para Pemberi Pelepasan. Para Pemberi Pelepasan dengan ini menyetujui dan menyatakan untuk membela, membebaskan, menjamin dan melindungi Para Penerima Pelepasan dari setiap dan seluruh kerugian atau tanggung jawab yang timbul dari setiap klaim, tuntutan, hak gadai, penyerahan atau upaya subrogasi tersebut, termasuk ongkos apa pun, biaya-biaya pengacara dan biaya yang terkait dengannya. |
| 18. The Releasors represent and warrant that this Release and Discharge has been read by the Releasors or read and explained to the Releasors and the Releasors fully understand all of the terms herein. | 18. Para Pemberi Pelepasan menyatakan dan menjamin bahwa Pelepasan dan Pembebasan ini telah dibaca oleh Para Pemberi Pelepasan atau dibacakan dan dijelaskan kepada Para Pemberi Pelepasan dan Para Pemberi Pelepasan sepenuhnya memahami seluruh ketentuan yang tercantum di dalamnya. |
| 19. This Release and Discharge shall be irrevocable and is made under free will, without duress or compulsion from Releasees or anyone else. | 19. Pelepasan dan Pembebasan ini tidak dapat ditarik kembali dan dibuat atas kehendak bebas, tanpa adanya tekanan maupun paksaan dari Para Penerima Pelepasan atau pihak mana pun. |
| 20. This Release and Discharge is concurrently executed in Indonesian language and in English. Both versions are primary and authentic versions. They are each to be construed on a stand-alone basis. | 20. Pelepasan dan Pembebasan ini ditandatangani dalam bahasa Indonesia dan Inggris. Kedua versi tersebut adalah versi yang terutama dan otentik. Keduanya akan ditafsirkan sendiri-sendiri sesuai pengertiannya masing-masing. |
| 21. This Release and Discharge may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Copies of this Release and | 21. Pelepasan dan Pembebasan ini dapat ditanda-tangani dalam satu atau lebih salinan, masing-masing daripadanya akan dianggap sebagai asli, namun seluruhnya secara bersama-sama merupakan satu kesatuan dan instrumen yang |

Initial / Paraf:

9

| | |
|---|---|
| Discharge will have the same force and effect as the original. | sama. Salinan-salinan Pelepasan dan Pembebasan ini akan memiliki kekuatan dan akibat yang sama seperti aslinya. |

Jakarta, Thursday / Kamis, 24 January / Januari 2019,

as the husband of ▇▇▇ and as the father and legal guardian of our child, who is a minor / selaku suami dari ▇▇▇ dan selaku ayah kandung dan wali dari anak kami, yang masih di bawah umur:

(also known as / juga dikenal sebagai ▇▇▇)

First Witness / Saksi Pertama,

Occupation / Pekerjaan : swasta

Address / Alamat :

Tel No. / No. telf :

Second Witness / Saksi Kedua,

Occupation / Pekerjaan : swasta

Address / Alamat :

Tel No. / No. telf :

Initial / Paraf:

10

LEGALISATION NUMBER / NOMOR LEGALISASI:
4/2019 (2 copies / salinan)

| | |
|---|---|
| I, the undersigned below, Ratu Arlini Sriwahyuni Widyastuti Suhadiwiraatmaja, Sarjana Hukum, Magister Kenotariatan, Notary in Jakarta, hereby state that I have witnessed and legalized the signing of this Statement of Full and Final Release and Discharge of All Claims (Release and Discharge), according with the Republic of Indonesia Law Number 30 of 2004 concerning Notary Profession (as amended by Law No. 2 of 2014), Article 15 verse 2 point a of:----------- | Saya, yang bertanda tangan di bawah ini, Ratu Arlini Sriwahyuni Widyastuti Suhadiwiraatmaja, Sarjana Hukum, Magister Kenotariatan, Notaris di Jakarta, dengan ini menyatakan bahwa saya telah menyaksikan dan melegalisasi penandatanganan Pernyataan Pelepasan dan Pembebasan Akhir dan Menyeluruh dari Segala Tuntutan (Pelepasan dan Pembebasan) ini sesuai Undang-Undang Republik Indonesia Nomor 30 Tahun 2004 tentang Jabatan Notaris (sebagaimana diubah dengan Undang-Undang Nomor 2 Tahun 2014), Pasal 15 ayat 2 huruf a:---------------------------- |

1. , born in Bekasi ▇▇▇, having his address at ▇▇▇ Indonesia (temporarily domiciled in Jakarta), holder of Identity Card number ▇▇▇, Indonesian citizen, in this matter act in his own capacity as the husband of ▇▇▇ and as the father and legal guardian of their child, who is a minor:-------------------------

    i. , born in Bekasi ▇▇▇ having his address at ▇▇▇ Indonesia, NIK number ▇▇▇, Indonesian citizen;----

2. , born in Gunung Raja on the ▇▇▇ having his address at ▇▇▇ Indonesia (temporarily domiciled in Jakarta), holder of Identity Card







| | |
|---|---|
| number ▓▓▓▓▓▓▓▓, Indonesian citizen, in this matter act in his own capacity as the father of ▓▓▓▓▓▓▓;-------------------------------- -------- | Kartu Tanda Penduduk nomor ▓▓▓▓▓▓▓▓ Warga Negara Indonesia, dalam hal ini bertindak dalam kapasitasnya sendiri selaku ayah kandung dari ▓▓▓▓▓▓▓- |
| who have been introduced to me, Notary, and who have indicated to me that they understand and accept the contents of this Release and Discharge and who have placed their signature on this Release and Discharge before me, Notary, on this day, Thursday, the twenty-fourth of January two thousand nineteen (24-01-2019).-------------------------------------------- | yang telah dikenalkan kepada saya, Notaris, dan telah menyatakan kepada saya bahwa mereka menerima serta memahami isi dari Pelepasan dan Pembebasan ini dan telah membubuhkan tanda tangan mereka pada Pelepasan dan Pembebasan ini di hadapan saya, Notaris, pada hari ini, Kamis, tanggal dua puluh empat Januari dua ribu sembilan belas (24-01-2019).- -------- |

Notary in / Notaris di Jakarta,

_____
RATU ARLINI SRIWAHYUNI WIDYASTUTI SUHADIWIRAATMAJA, S.H., M.Kn.