IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | ) ) ) MDL No. 1:23-md-3072 ) ) |

### ORDER

THIS MATTER comes before the Court on Defendant The Boeing Company's Motion to Dismiss for Forum Non Conveniens and Plaintiffs' Motion for Discovery on the issue of Forum Non Conveniens. For the reasons stated from the bench, it is hereby

ORDERED that the Motion to Dismiss and Motion for Discovery are DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 2, 2023