1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
                            )
IN RE:                      )   MDL NO. 1:23-MD-3072  CMH
                            )
AIR CRASH INTO THE JAVA SEA )
ON JANUARY 9, 2021          )   ALEXANDRIA, VIRGINIA
                            )   OCTOBER 2, 2023
_____)
```

_____

**TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE**

_____

**Proceedings reported by stenotype, transcript produced by**

**Julie A. Goodwin.**

2

1                    **A P P E A R A N C E S**

2

3   FOR THE PLAINTIFFS:
         HERRMANN LAW GROUP
4        By:  MR. MOHAMMAD "MO" HAMOUDI
         505 Fifth Avenue S, Suite 330
5        Seattle, Washington  98104
         206.492.7720
6        mo@herrmannlawgroup.com

7        WISNER LAW FIRM, P.C.
         By:  MR. FLOYD A. WISNER
8        161 North Clark Street, Suite 1600
         Chicago, Illinois  60601
9        312.216.5168
         awisner@wisner-law.com

10

11  FOR THE DEFENDANT:
12       MCGUIRE WOODS LLP
         By:  MR. BENJAMIN L. HATCH
13       101 West Main Street, Suite 9000
         Norfolk, Virginia  23510
14       757.640.3947
         bhatch@mcguirewoods.com
15
         MCGUIRE WOODS LLP
16       By:  MS. EMILY E. KELLEY
         888 16th Street NW, Suite 500
17       Washington, DC  20006
         316.706.5171
18       ekelley@mcguirewoods.com

19       PERKINS COIE LLP
         By:  MR. MACK H. SHULTZ, JR.
20       1201 Third Avenue, Suite 4900
         Seattle, Washington  98101
21       206.359.8000
         mshultz@perkinscoie.com

22

23  OFFICIAL U.S. COURT REPORTER:
         MS. JULIE A. GOODWIN, RPR
24       United States District Court
         401 Courthouse Square
25       Alexandria, Virginia  22314
         JGoodwinEgal@gmail.com

1   (OCTOBER 2, 2023, 10:00 A.M., OPEN COURT.)

2           THE COURTROOM DEPUTY:  Case Number 23-MD-3072,

3   *In Re: Air Crash Into The Java Sea On January 9, 2021*.

4           Counsel, please note your appearances for the

5   record.

6           MR. HAMOUDI:  Good morning, Your Honor.  Mohammad

7   Hamoudi and Floyd Wisner.  We're here on behalf of the Illinois

8   plaintiffs here today.

9           THE COURT:  All right.  Good morning.

10          MR. SHULTZ:  Good morning, Your Honor.  Mack Shultz

11  with Perkins Coie on behalf of the Boeing Company.  I'm joined

12  by Ben Hatch and Emily Kelley of McGuireWoods.

13          THE COURT:  All right.  Good morning.

14          I believe we've got two motions here.  There's one

15  for some discovery in order to hear this motion to dismiss, and

16  I find that there's no showing that there's any need for

17  further discovery.  I'm prepared to deny that motion at this

18  time, and we'll go forward with the motion to dismiss.

19                          **ARGUMENT**

20          MR. SHULTZ:  May it please the Court.  Good morning,

21  Your Honor.  Mack Shultz on behalf of Boeing.

22          This is a textbook case for dismissal for *forum non*

23  *conveniens*.  This litigation features overwhelming context with

24  Indonesia.  Indonesia has been repeatedly found to be an

25  available and adequate alternative forum, including an aviation

1    accident litigation where cases against Boeing have gone to

2    trial in Indonesia on the merits.

3              Indonesia, in this case, is the only place where

4    all potentially at fault parties can be joined, and Indonesia

5    offers the greatest access to the key sources of proof that are

6    needed to decide the plaintiffs' claims on liability, the

7    defendant's defenses on liability, and damages.  And finally,

8    Indonesia has the greatest public interest in the litigation.

9              There's no reasonable dispute as to the key facts

10   at issue in this case, Your Honor.  All 62 passengers and crew

11   were Indonesian.  It was a flight from Jakarta, Indonesia to

12   Pontianak, Indonesia.  The aircraft crashed into the Java Sea

13   off the coast of Indonesia.  It was operated by an Indonesian

14   airline in an airplane that was registered and had been

15   maintained in Indonesia since 2012.

16             The pilots involved were trained in Indonesia, per

17   the Indonesian aviation regulations, and the accident was

18   investigated by the Indonesian authorities.  And in the final

19   report from the Indonesian investigators, the causes of the

20   accident included the piloting on the accident flight itself;

21   the pilot training with respect to upset recovery, once the

22   aircraft entered an upset condition; the maintenance by the

23   airline and its contractors of the aircraft; the safety

24   management system of the airline, including the failure to

25   report prior events where the engine throttles had become

1  stuck; and the performance of the airplane systems during the

2  accident.

3          The accident is a subject of intense public

4  interest in Indonesia, as one would expect, and the very

5  geography of Indonesia makes the aviation industry crucial to

6  that country.  It is a country made up of hundreds of different

7  islands, and the aviation industry is critical to Indonesia.

8          And finally, the airline has reportedly settled

9  with some of the families and has entered into releases.  I've

10  not seen a copy of those releases.  My understanding from

11  multiple people is that they name Boeing.  My understanding is

12  also that the plaintiffs will challenge the enforceability of

13  those releases.  In our view, that challenge should be heard by

14  an Indonesian court as the releases are between Indonesian

15  plaintiffs, an Indonesian airline, and subject to Indonesian

16  law.

17          Under the *forum non conveniens* test -- and I won't

18  belabor the point because I don't believe the test itself is

19  meaningfully contested by the plaintiffs in this case.  But

20  Indonesia is an available and adequate alternative forum.

21          Boeing, as a condition of dismissal, has agreed not

22  to contest service of process in an Indonesian case that is

23  refiled after dismissal, has agreed to submit to the

24  jurisdiction of the Indonesian courts, and has agreed to

25  respect the final judgment of those courts subject to its

1   rights of appeal.

2           Boeing has submitted evidence that the claims are

3   not time barred in Indonesia and that the Indonesian court will

4   accept jurisdiction over these claims.  That all makes the

5   Indonesian courts available for the claims in this case.

6           It's also uncontestable that the Indonesian courts

7   are adequate.  Indonesia provides a remedy.  It has a robust

8   civil law tradition originating in the Dutch colonial era.  It

9   provides a remedy for the types of claims the plaintiffs are

10  asserting, and U.S. courts have repeatedly held Indonesia is an

11  available and adequate forum, including in the aviation cases.

12          The next step of the analysis is the -- to

13  determine the degree of deference that is paid to the

14  plaintiffs' choice of forum here in the United States.

15          In many cases under the *forum non conveniens*

16  analysis, the plaintiffs' choice of a forum is entitled to

17  heightened deference, but in this case it is not.  And I would

18  point the Court to the *Jiali Tang* case, 656 F.3d at 252 to 53,

19  where in that case it was a case brought in Maryland, and the

20  plaintiffs were all Chinese citizens and residents.  The

21  alternative forum being considered there was Chinese, and the

22  Fourth Circuit concluded that the plaintiff selection of that

23  Maryland forum was not entitled to special deference in the

24  analysis.

25          In fact, if you look at the *Abad* case from the

1    Seventh Circuit, which is 563 F.3d 663, the plaintiffs, when

2    they are merely being asked to refile their complaints in their

3    home forum, the presumption in favor of their selection becomes

4    a little more than a tie breaker.

5            At that point, under the *forum non conveniens*, the

6    analysis moves to the balance of the private interest and the

7    public interest factors.  As set forth in Boeing's briefing, we

8    believe that the private interest factors weigh heavily in

9    favor of dismissal.

10           Perhaps most importantly, the Indonesian

11   investigator's report, which has been cited and relied on in

12   the -- in some of the plaintiffs' complaints, notes the

13   potential fault of the airline in the accident.  And it is

14   unquestionable that Indonesia is the only forum where the

15   airline can be brought into the litigation and all parties can

16   be heard in one proceeding.  Boeing would be subject to

17   jurisdiction there, Sriwijaya would be subject to jurisdiction

18   there, and the plaintiffs could bring their cases there.

19           The plaintiffs over the weekend submitted an offer

20   of proof with a lengthy list of paragraphs of information that

21   they believe is relevant to the *forum non conveniens* inquiry.

22   I believe much of that information is in fact irrelevant.  Much

23   of it is incorrect, and it could be properly stricken by this

24   Court as a sur-reply.  But notably on page 2 of that document,

25   the plaintiffs themselves state that all of the evidence and

1  documents and witnesses related to the paragraphs that they

2  submitted in their offer of proof is within Boeing's

3  possession.

4         As a condition of dismissal, Boeing has agreed to

5  bring any documents, any records, any witnesses that the

6  Indonesian court deems relevant to Indonesia.  So all of the

7  evidence that the plaintiffs themselves say is important would

8  be available in that Indonesian forum.

9         What they don't talk about in that offer of proof

10  or in their briefing is where the evidence is for Boeing's

11  defenses and for the damages side of the case.  And it is

12  unquestionable that that evidence is located in Indonesia.

13  That's where the airline is.  That's where its records and

14  witnesses are.  The airline's counsel submitted a letter that

15  we included in our -- with our motion before the Court saying

16  that they will not voluntarily come to the U.S. and participate

17  in U.S. litigation.  Sriwijaya does not fly to the United

18  States, and there is no basis for asserting jurisdiction over

19  them in these wrongful death cases.

20         Also, the damages information is clearly in

21  Indonesia.  Everyone on board was Indonesian, so their

22  employment records, their medical records, the estate

23  proceedings that took place in the Indonesian courts, that is

24  all located in Indonesia and is not available in the U.S.

25         Indonesia is not a participant in the Hague

1   Convention or any other international treaty that allows the

2   U.S. courts to obtain evidence from Indonesia for use in trial

3   here.  And so in terms of the relative ease of accessing the

4   key evidence, the availability of witnesses, that all weighs

5   heavily in favor of dismissal.  And again, as does the fact

6   that Indonesia is the only place where the -- all potentially

7   liable parties can be joined in a single proceeding.

8            With respect to the public interest factors, those

9   also weigh heavily in favor of dismissal.  Indonesia, of

10  course, has an extremely high interest in this domestic

11  accident which involved Indonesian citizens and an Indonesian

12  airline.  Virginia and Illinois' interests are comparatively

13  minimal and the -- that comes through in the *Piper* case when

14  they were considering -- when the Supreme Court was considering

15  where the trial arising out of a Scottish accident should

16  occur, as well as the other cases cited in our brief.

17           Under the public interest factors, one of the

18  factors is also familiarity with the governing law.  The choice

19  of law decision in this case is potentially very difficult

20  because of the mix of admiralty jurisdiction and diversity

21  jurisdiction that exists, the potential for the *lex loci* rule

22  in Virginia to apply, the potential for the *Lauritzen* test to

23  apply.  But it is clear that Indonesian law will apply to at

24  least some issues in this case.

25           First, Indonesian law will govern who is entitled

10

1    to recover for those families where multiple representatives

2    have filed suit.  And even with the settlement of the Virginia

3    plaintiffs' claims, there is still at least one case where

4    multiple law firms with different personal representatives have

5    filed cases on behalf of a single decedent.

6              Also, it is fairly clear that Indonesian law will

7    govern the issue of the enforceability of the releases.  And

8    certainly the plaintiffs are entitled to challenge the

9    enforceability of any releases that the airline obtained.  And

10   we're not saying that they're not.  We're simply noting that

11   those releases should be interpreted under Indonesian law and

12   that the Indonesian courts should have the first attempt to

13   review them.

14             So looking at all of the issues in this case, the

15   overwhelming contacts with the Indonesian forum, the case law

16   that's laid out in our brief, the well-developed federal case

17   law on *forum non conveniens* in aviation accident cases, we

18   believe this case is appropriate for dismissal under for *forum*

19   *non conveniens*.

20             I am happy to answer any questions the Court has.

21             THE COURT:  All right.  Thank you.

22                           <u>**ARGUMENT**</u>

23             MR. HAMOUDI:  Good morning, Your Honor.

24             I want the Court respectfully to think about this

25   case in two ways, and it's a bifurcated manner.  We have

1   liability and then we have damages.  And right now Boeing is

2   disputing liability, so I'm going to focus my presentation on

3   that a great deal, then I'll deal with the aspect of damages.

4         The defendant is asking the Court to do something

5   unprecedented in an American court of law.  The burden on this

6   defendant is a heavy burden on every element of the *forum non*

7   *conveniens* motion.  And the rules make it clear a dismissal for

8   *forum non conveniens* is the exception.  It is not the rule.

9         There must be a strong showing that the alternative

10   forum would be significantly more convenient, and there must be

11   a strong showing that that alternative forum will better serve

12   justice than the one chosen by us.  And there must be a strong

13   showing that the present forum imposes an undue burden on this

14   defendant.

15         This defendant is worth over a hundred billion

16   dollars.  Its product exists everywhere on the world, a product

17   that shares a virtual monopoly with another company in

18   international commerce.  So to say that this defendant faces

19   any burden in defending its product in an American courtroom is

20   not credible.

21         The Court, Your Honor, should afford us great

22   deference to our selected forum.  Because as laid out in our

23   offer of proof, 90 to 95 percent of the liability evidence in

24   this case associated with this product is in the United States.

25         Since the first actions in this case were filed in

1   Illinois in February of 2021, the plaintiffs have been

2   collectively working together to investigate the history behind

3   this particular product's defect and how that history overlaps

4   with the Max cases.  And what we've learned is that there is an

5   overlap with the Max product and our product.

6             What that investigation, effort, and sources

7   revealed is that 90 to 95 percent of our products liability

8   case against Boeing involves witnesses and evidence in the

9   United States, and that that evidence was generated during the

10  time when there was a culture of concealment at this

11  defendant's company.  And that culture, Your Honor, existed

12  during the time when there were autothrottle defects with other

13  planes.

14            We contend that the autothrottle is a defective

15  product, and a secondary computer system that is supposed to

16  respond when the autothrottle gets stuck is also defective.

17  And defendant has known this for years, but the costs

18  associated with changing it so that it does not get stuck is

19  not economically worth it for this defendant.

20            And rather than confront the defect, the internal

21  response to the autothrottle failure by Boeing is that pilots

22  rely too much on automatics.  And they blame the pilots, which

23  is what they did here today.  They say that it is the pilots'

24  fault.  Those pilots are trained by Boeing, here in the United

25  States.

1              This is the precise criticism that was levelled

2    against the airlines and pilots in the Max cases, and that

3    criticism is uniquely focused on these pilots.  That evidence

4    came out in the Max cases, and that evidence exists here.

5              The defendant sold the product and marketed it for

6    its automatics, telling its buyers that the automatics were

7    innovative, safe, and made flying easier.  Then when the

8    pilots, who were trained by this defendant, rely on that

9    marketed feature, they blame them for the very thing that

10   persuaded the company to buy that system in the first place.

11             And common sense is telling us that Boeing, Your

12   Honor, is using FNC to avoid ever having to respond to the

13   liability aspect of these claims on the merits because it knows

14   that if FNC is granted, it is highly unlikely that plaintiffs

15   will be able -- ever be able to prosecute our complex product

16   liability claims in Indonesia because there's no discovery

17   there.

18             Boeing already has all the evidence it claims to

19   need from Indonesia because it was actively participating in

20   the accident's investigation.  All the facts, Your Honor, but

21   not the conclusions, set out in a report are admissible in

22   evidence in the United States.

23             They had access to not only the investigation, but

24   also the NTSB, British and Singapore investigators.  We were

25   not allowed to be present during the investigation.  We will

14

1    not be able to access evidence from nonparties located outside

2    Indonesia because the only way that discovery is accessible is

3    through a United States courthouse's subpoena power.  Former

4    Boeing employees who were involved with the development and

5    manufacture of this product, we will not be able to bring them

6    to Indonesia.

7              Your Honor, there's no inconvenience for Boeing to

8    have to defend its product in its home forum in America.

9    Boeing is competently and effectively defending its product in

10   federal court in Illinois, in federal court in the Northern

11   District of Texas.  In fact, there's a case, a specific

12   example, of how fast this defendant can marshal resources in

13   response to a claim.

14             We filed pleadings with the Court in a remand

15   dispute to show that Boeing's attorneys represented to

16   courts -- other courts that their offices were in Illinois.

17   Within a couple of weeks this defendant marshalled the

18   resources of numerous attorneys to respond to that.

19             And you can be sure that Boeing's attorneys in

20   Illinois already have the documents related to this crash in

21   their possession ready to immediately disclose following a

22   discovery schedule issued by this Court.

23             This defendant has been on notice, Your Honor,

24   since February 2021, because we filed suit in Chicago but did

25   not ever file an FNC motion and still has not.  We have raised

1 that issue.  We have placed Boeing on notice, and they still

2 have not done nothing.

3          That failure since February 2021 has been

4 detrimental to us because we have relied on their inaction,

5 have been investigating, spending resources on the theory of

6 our case for a significant time, only to learn that they're

7 interested in creating piecemeal litigation.  Our expectation

8 that no FNC motion would be filed was justified and reinforced

9 by the fact that Boeing did not file an FNC motion, either the

10 Lion Air crash or the Ethiopian air crash that are in federal

11 court in Illinois.

12          The law on FNC is clear, Your Honor.  The Court

13 must avoid creating piecemeal litigation, and Boeing's motion

14 certainly will create piecemeal litigation.

15          The precise reason why the Court granted the FNC

16 motion in the Supreme Court case that Boeing is relying on,

17 *Sinochem*, is the reverse and precise reason why it should deny

18 it in this case.  There, judicial economy was disserved by

19 continuing litigation in America given that proceedings had

20 long launched in China.  And the gravamen of the action in

21 China was exclusively a question of Chinese law.

22          Here, judicial economy will be disserved by

23 creating litigation outside of America, given proceedings that

24 have continued in state court in Chicago since February of

25 2021.  And the gravamen of the action here in the United

1   States, a products liability action, is a question of American

2   law.

3        And unlike the cases cited by Boeing, the product

4   we are prosecuting was not manufactured and distributed by a

5   foreign company, as it was in the Fourth Circuit case of *Jiali*

6   *Tang*.  And unlike *Piper*, the Supreme Court case, the accident

7   report in this case did not find that the American product was

8   not defective.  It found that the autothrottle did suffer a

9   defect.

10        Here, it is undisputed that Boeing developed,

11   produced, tested this plane in the United States, and it is

12   undisputed that any proof of possible design or manufacturing

13   defect would center around events occurring in the United

14   States.

15        Your Honor, what that means is that this product is

16   currently being used by Americans in America.  There is a

17   significant public interest in having a United States court

18   decide issues concerning tortious conduct occurring in this

19   country.  Our products liability tort -- torts asserting a

20   defect in the manufacture and design of components of the

21   aircraft and defects, which should have been overhauled years

22   ago given the numerous failures that occurred in prior cases

23   involving the same type of plane cannot be presented in

24   Indonesia.  Indonesian law is silent on the liability of a

25   manufacturer of an injury for injury or death of passengers

17

1   rooted in a products liability action.  That area of the law

2   has been developed over a hundred years here in the United

3   States.

4           Because our theories of liability are not

5   recognized there, it will be impossible for us to admit

6   historical evidence or even obtain historical evidence to

7   demonstrate that this particular products defects was caused by

8   the same culture of concealment and shortsightedness which

9   resulted in the Max defect.  That's a critical part of our case

10  because, Your Honor, the case's focus is not just a product,

11  but it is also the defendant.

12          Nowhere in Boeing's dec. motion or its declaration

13  does it delineate precisely who the witnesses are that possess

14  testimony relevant to our complaints or detail out a list of

15  documents or evidence stating the same.  They've had our

16  complaints for a long time.  They have not disclosed a shred of

17  discovery.  They have objected to everything.

18          And more important, 90 to 95 percent of our

19  evidence underlying our proof is in English.  They have not

20  even been -- certifiably translated it into Indonesian for

21  consumption by an Indonesian court.  We're not going to have

22  access to our evidence for years because that process is going

23  to take a very long time.  And the cost of that alone is going

24  to be astronomical, and we will have to shoulder that expense.

25          The public interest, the American public interest

1    is pronounced in this action because this action involves a

2    unique defendant.  For over four decades, Your Honor, not a

3    single federal court has been asked by a defendant or has

4    granted an FNC motion after defendant was found to have

5    committed fraud by a federal judge, after that defendant was

6    federally indicted by the United States government.

7               Just last week the defendant agreed to settle a

8    claim with the United States to avoid admitting to making false

9    claims involving the manufacture of another plane.

10              I have searched Westlaw, Lexis up and down, Your

11   Honor.  I cannot find a single case where a federal judge has

12   granted an FNC motion without discovery under these

13   circumstances.

14              Your Honor would be making an unprecedented

15   decision.  The public interest factor in this action proceeding

16   in the United States is equal to the *Lion Air* case and an

17   Ethiopian case currently in federal court in Illinois, and even

18   greater than those cases because the defendant's product failed

19   yet again two days after it executed a deferred prosecution

20   agreement.

21              That's the liability aspect, Your Honor.  That's

22   got to happen in the United States.

23              It would be another thing if they would admit fault

24   and say, take your damages case to Indonesia.  There would be

25   good arguments on both sides, but not the liability aspect of

1    the case.

2             Now, I want to talk about damages.

3             I walked into the Alexandria courthouse, and I saw

4    that -- Lady Justice, justice delayed is justice denied.  And I

5    thought that may be an indication of what this courthouse

6    stands for where the people colloquially refer to it as the

7    Rocket Docket, but -- but I think it means more than that.

8             There are injustices occurring over in Indonesia,

9    Your Honor, which clearly demonstrated it's not an adequate

10   forum.  This letter from the Kennedys Law Firm making

11   representations that SJY182 would contest a personal

12   jurisdiction or service of process cannot be legally considered

13   by this court because it is not a declaration.  An attorney

14   cannot consent or deny to the existence of jurisdiction or

15   process of service unless they declare they're doing so as an

16   agent of a corporation.  That is the law in the United States.

17            And the case that collects some of those cases is

18   case *Stryker*, S-T-R-Y-K-E-R, 891 F.3d 615.  SJY2 is subject to

19   the Court's jurisdiction because its pilots were trained by

20   Boeing.

21            SJY182 is in bankruptcy proceedings.  Someone, some

22   entity or some agent in Indonesia believes that they have

23   agency authority to release Boeing from any liability in this

24   case in any court in the world in exchange for preexisting

25   legal obligations.  Someone, some entity or some agent who

1  believes they have agency authority with respect to Boeing

2  approached families to sign releases when they were under

3  serious emotional distress.  And, Your Honor, they continue to

4  contact these families even though as a matter of public record

5  they're represented by counsel.

6          Your Honor, at some point in your career you were a

7  lawyer.  Imagine that you represent a client and somebody is

8  contacting them and trying to get them to sign legal documents.

9  That is not justice.  There's something seriously wrong with

10 that.

11         Both sides are ably represented here by American

12 lawyers, and both sides want and deserve an expedited and just

13 process in the United States to determine whether or not this

14 product is defective.  We're entitled to a fact-finding process

15 that discovers whether what occurred with the Max cases

16 occurred in this case, given that events that occurred there

17 overlap in time and proof.

18         We take that position that it -- the product is

19 defective, and we take the position that that defect occurred

20 because of the same culture of concealment.  And they're

21 entitled to take the position that it is not.  And we're in

22 dispute, and that's why we have juries.

23         Grant us discovery, Judge.  Let us do our jobs.

24 Though I cannot guarantee, I'm going to tell you with some

25 degree of collective confidence backed by lawyers here who have

1  been doing this for decades, that prosecuting these products

2  liability actions in American courts will make our sky safer,

3  and they're going to avoid further tragedy.

4          Thank you, Your Honor.

5      MR. WISNER:  Your Honor, Floyd Wisner.  May I be heard

6  on behalf of my client, the plaintiffs?

7      THE COURT:  Yes.

8      MR. WISNER:  I promise not to override -- thank you.

9                          **ARGUMENT**

10     MR. WISNER:  I just want to mention a couple of things

11 that my colleague has not mentioned.

12          First of all, Judge, as you probably know, the U.S.

13 Supreme Court first recognized *forum non conveniens* in the *Gulf*

14 *Oil versus Gilbert* case.  And in that case, they said the

15 purpose of *forum non* was to ensure that a plaintiff does not

16 use his right to choose forum to vex, harass, or oppress the

17 defendant, so it was for that purpose only.  And now it's been

18 turned on its head by Boeing and other defendants over the

19 years to use it to substitute their own choice of forum for

20 plaintiffs.

21          It's clear that we have the right to choose the

22 forum, and we have deference to that choice.  Now, maybe we

23 don't have the same substantial deference as a U.S. citizen,

24 but U.S. courts aren't open just to Americans.  They're open to

25 other people around the world, too, to sue U.S. defendants.

1   And reduced deference does not mean no deference, and the

2   courts have held that.  And there's deference afforded to a

3   plaintiff's choice of forum where there's a good reason for

4   that choice of forum.

5              And the reason here is that we're suing Boeing in

6   Boeing's home court.  How could a U.S. defendant say its own

7   home court is not convenient and they'd rather go thousands of

8   miles away to defend their own product?  Really?  I don't think

9   so.

10             The only place we could have chosen -- could have

11  sued Boeing in the first time, at the time this suit was filed,

12  was in the United States because Indonesia only has

13  jurisdiction over Boeing because Boeing now consents to it.

14  Now that we've sued them, they'll consent to being sued in

15  Indonesia.

16             Their own lawyer, who submitted a declaration, says

17  that Indonesia has jurisdiction because the tortious conduct

18  occurred in Indonesia.  Tortious conduct.  Not the tort, not

19  the injury.  The tortious conduct.

20             But that statute, Indonesian statute, does not

21  apply because the tortious conduct here occurred in the United

22  States in the design and manufacture of this aircraft.  The

23  tortious conduct was in the U.S., so our plaintiffs are

24  entitled to deference in their choice of forum.

25             Further, Judge, that calls into question the

1   availability of the alternative forum of Indonesia because

2   there is case law which says that there must be two available

3   forums at the time the suit is filed, and plaintiff chose the

4   inconvenience one in order to vex, harass, or oppress

5   defendant.  Here, there was only one forum we could have sued

6   Boeing in the United States, and so then we start off with

7   that.  They don't even meet their burden of proof as to the

8   choice of forum and the availability of the choice of forum.

9           And then we get into the private and public

10  interest factors.  And they haven't met their burden of proof

11  on that, Judge.  As my colleague mentioned, it's a very

12  substantial, very heavy burden of proof.  It's not an

13  even-Steven.  They have to -- there's one case that says you

14  start off with the scale of justice in favor of plaintiff and

15  then the defendant has to overcome that.

16          They don't do that here.  One of the private

17  interest factors is the -- who's a willing witness and who's

18  unwilling.

19          Boeing says nothing about that.  They submit this

20  letter from Anita Quy, a lawyer with this international law

21  firm of Kennedys.  I've known Ms. Quy for many, many years.

22  She's not the lawyer for Sriwijaya Air.  She doesn't represent

23  them.  She represents their insurers in London.

24          You know where Boeing is insured, Judge?  In the

25  London market.  Isn't that coincidental.

1          So what happens is Boeing didn't say they went to

2   Indonesia and talked to any of the Sriwijaya air employees and

3   said, Are you willing to come to the United States?  And they

4   said, no.  That's not what they're saying.

5          They went to their friend, Ms. Quy, and said:  Hey,

6   will you give us a letter that says you're -- that you're

7   insureds, employees, will not do it?

8          She said:  Sure.

9          She's done that in other cases I've had.  Other

10  insured attorneys have done that.  It's not surprising, but

11  it's not proof of their private interest factor.

12          I wanted to mention, too, Judge, about these

13  releases.  That ties it about Ms. Quy's involvement here.

14          Boeing says it hasn't seen the releases.  I say,

15  come on.  All they have to do is ask Ms. Quy, their friend, and

16  she'll give them to them.  They haven't said they've asked her

17  and she's refused.

18          And I can tell you this, those releases probably do

19  include Boeing, because what my colleague said is true.  What

20  happens in these air crash cases, and I've had a lot of them in

21  Southeast Asia in impoverished countries.

22          As my colleague said, the insureds' attorneys or

23  representatives go to these people when they're suffering and

24  they're grieving, right after the crash.  It would be illegal

25  under U.S. law.  But they go there, and some of these people

25

1    have lost their one wage earner for the family.  They're in

2    dire straits.

3           And they say:  Hey, we'll give you some money.

4    It's a paltry amount, $60,000, $50,000 for loss of a life.  And

5    they say:  Sign this document.

6           They don't even know what they're signing.  And

7    sure enough, it's not only the airline, but it's Boeing and

8    every component manufacturer known to God.  It's all in there.

9           So, the releases here are not an issue.  It's going

10   to include Boeing, I'm pretty sure of that.  But Boeing can get

11   those releases and they can argue them.

12          And to say that those releases are going to be

13   decided by an Indonesian court, that's not possible.  We're

14   talking about a release of a U.S. defendant, Boeing.  It's

15   going to be decided by Your Honor, or a judge like you here in

16   the United States.  It's not going to be decided under

17   Indonesian law.  Maybe the release of Sriwijaya Air is decided

18   under Indonesian law, but not the release of a U.S. defendant.

19          Damages.  They talked about damages and needing

20   damages information of Indonesia.  Damages is our burden of

21   proof.  We have to bring it to the United States.  If we don't,

22   that's in their favor.  Damages, the lack of -- and there's

23   cases that say that, that you can't take into account

24   plaintiff's burden of proof in deciding a *forum non conveniens*

25   motion.

1         A state proceeding.  That's another red herring.

2  They talk about how there's going to be a state proceeding in

3  Indonesia.  There's issues about that.  Not true.

4         I had a case years ago.  It's called *Wilson versus*

5  *Sundstrand* in an Illinois Federal District Court in the

6  Northern District of Illinois --

7         THE REPORTER:  Can you slow down.

8         MR. WISNER:  I'm sorry.  I'm originally from Chicago

9  and I talk quickly.  Apologize.

10         THE REPORTER:  Can you say that case again?

11         MR. WISNER:  *Wilson versus Sundstrand*,

12  S-U-N-D-S-T-R-A-N-D.

13         And the Court said:  You know, Judge, there are no

14  state proceedings in Indonesia.  They don't have that there.

15         What you do is you can prove that you have the

16  proper party representative by consent of all the family

17  members to the one person acting on their -- excuse me, on

18  their behalf.  So, that's all been resolved.  There's no issue

19  about a state proceedings.  That's just a red herring here.

20         I do want to mention, too, that they -- Boeing

21  mentions in their brief about how, yes, there's lability

22  evidence in Washington or California, but not in Illinois or

23  Virginia.  Now, what they don't talk about is the *Mercier*,

24  M-E-R-C-I-E-R, decision, Court of Appeals decision, which says

25  in an international *forum non conveniens* case, the proper

1  comparison is between the United States and Indonesia, not

2  Illinois or Virginia and Indonesia because Boeing is not

3  seeking to move this to another state in the United States.

4  They're seeking to remove it to -- to Indonesia, so the proper

5  comparison is between the countries.  And the evidence here, as

6  my colleague saw -- talked about was that all of that liability

7  evidence is clearly in the United States.

8          And I do want to reiterate about, this case, you

9  know, I'm -- I listened to Mr. Shultz, who I have known for

10  years, too, and, boy, it seems like he's making a point.  This

11  is an Indonesian crash of an Indonesian airline, Indonesian

12  victims, investigated by Indonesian authorities.  I'm sure Your

13  Honor must be thinking, what's this case doing in my court?

14          But this case has nothing to do with convenience,

15  Judge.  It has to do with them going for the home run.  They

16  want to avoid ever having to respond to any kind of decision or

17  argument on the merits because they know that if they convince

18  Your Honor to grant *forum non conveniens*, this case is done.

19  No one is going to be able to go to Indonesia and prove a

20  complex liability case in the absence of discovery.  It's just

21  not done.

22          They mention one case.  There's one case in my

23  career where I remember that plaintiffs went to Indonesia after

24  losing *forum non* in the United States, which is called the

25  *Mandala*, M-A-N-D-A-L-A, case.  What they don't mention in their

28

1    brief is that after a long time litigating that case in

2    Indonesia plaintiffs lost.  And so plaintiffs' attorneys in the

3    United States know that.  No one is going to Indonesia if Your

4    Honor grants *forum non conveniens*.  This case is over and

5    they've avoided all liability.

6           Again, Your Honor, they don't need any evidence

7    from Indonesia.  They've got it all already.  I'm confident of

8    that because they are a participant in the accident

9    investigation.  And they're not just a participant, Judge.  We

10   have to understand how these accident investigations work in

11   Third World countries.

12          That Indonesian commission, the accident

13   investigation commission, they don't have aeronautical

14   engineers on staff.  They're manned by career politicians and

15   bureaucrats.  So who do they invite in to lead -- to

16   participate in the investigation?  The manufacturer, the NTSB,

17   the U.S. NTSB through Boeing as it's an accredited, technical

18   representative.

19          And Boeing, because it has experts, it takes over.

20   But it's kind of odd, it's more than odd how these

21   investigations are run, Judge.

22          It's like the police having a criminal suspect in

23   mind and calling them in and saying:  Hey, can you help us

24   investigate who committed the murder?

25          And you know what?  He comes up and says:  Well, it

1  wasn't me.

2        And that's what we have with Boeing.  They lead

3  that investigation.  It's not just they're a participant.

4  They're a leader, Judge.

5        And when they say -- we wanted to take the

6  deposition of their affiant, Mr. McIntosh, who's head of their

7  safety investigation units at Boeing, who I've deposed before.

8  And he -- he says:  Well, we don't have -- we did participate

9  in some of the interviews, but not all of them.  But we got

10  some of the documents, but not all of them.

11        I can practically guarantee, Your Honor, they got

12  what they wanted.  If he didn't participate in some interviews,

13  it's because he wasn't interested.  If he didn't get some of

14  the documents, he wasn't interested.

15        They weren't denied him.  Indonesia would never

16  deny somebody like Boeing access to anything Boeing wanted.

17  So, number one, Boeing has all the evidence it needs.

18        Number two, all the factual evidence -- and you can

19  tell from reading their brief, they take it all from the

20  accident investigation report.  That is all admissible in

21  evidence.  We probably would end up stipulating to it.

22        So everything they need they either have or it's in

23  the report as a public record and it's admissible in evidence.

24  What do they need from Indonesia?

25        In contrast, Courts have said:  You know, a

1   plaintiff can bring its evidence anywhere.  A defendant can

2   bring its evidence anywhere.  What about -- what's crucial is

3   the third party of a nonparty evidence.  Here, that's in United

4   States, NTSB, component manufacturers in the U.S., Singapore

5   investigators, and UK investigators.

6           We're not going to be able to get that in

7   Indonesia.  They're not subject to any kind of subpoena power.

8   In fact, if Boeing was really interested in getting all the

9   facts before it, it would want this court.  Because what -- no

10  matter what you say about the U.S. judicial system, what we do

11  have is a great system of discovery.

12          They have no discovery there.  How would we ever

13  prove that, and how would we ever get that nonparty

14  information?

15          We talk -- they talk about -- my last thing I'm

16  going to say, Judge, is about the public interest factors.

17          Choice of law.  There's no -- been no choice of law

18  on determination yet.  And Your Honor, like all federal court

19  judges, can handle choice of law determinations, and if

20  necessary, apply forum law.  I'm sure it's nothing unusual to

21  Your Honor.  Your Honor can do that.

22          I mention there's no issue of proper parties under

23  that *Wilson versus Sundstrand* case.  And as far as public

24  interest, I'll go back to what my colleague said.  This case

25  is -- should be very important to Americans.

1          You know the *Lion Air* case where Boeing chose not

2    to file a *forum non conveniens* motion -- to my surprise -- all

3    Indonesians on board.  The *Ethiopian Air* case where they also

4    chose not to file a *forum non conveniens* motion, one American

5    on board.

6          But Americans cared.  Americans cared about both of

7    those cases.  It was all over the news.  And they would care

8    about this if they heard about it.  If they heard what kind of

9    airplanes it flied, it would scare the heck out of them.  May

10   not want to fly these aircraft anymore.

11         So, Your Honor, what we'd like, what we're asking,

12   pleading with the Court, please look behind this smoke screen

13   of Indonesian airline, Indonesian plaintiffs, Indonesian

14   investigation.  Let's look to the real facts.  What's this case

15   really about?  It's them going for the home run.  They want to

16   avoid all liability.  They never want to correct the defects in

17   this plane.  They never want to answer for it, if they can get

18   a simple *forum non conveniens* dismissal by this Court.

19         Thank you for your time, Judge.

20         THE COURT:  All right.

21                    **FURTHER ARGUMENT**

22         MR. SHULTZ:  Your Honor, Mack Shultz again for Boeing.

23   I'll be brief in my remarks.

24         First of all, the plaintiffs seem to focus a great

25   deal on the Max accidents and *Lion Air* and *Ethiopia*.

1          To be clear, the aircraft at issue here was

2    delivered in 1994, 20 years before the Max aircraft were even

3    designed, let alone delivered, let alone the accidents.  The

4    system in the -- at issue in the Max accidents does not exist

5    on this aircraft and has never existed on this model aircraft.

6    They are simply different.

7          Second, plaintiffs in their argument emphasize the

8    fact that the product was manufactured here in the U.S., that

9    Boeing made the plane here in the U.S.

10          But *Piper*, the Supreme Court itself said that:

11   Having a trial where the product was manufactured would be

12   likely to have only insignificant, incremental deterrence on

13   domestic manufacturers.

14          And if you look at the other cases cited in our

15   brief, they show the courts repeatedly holding that the country

16   where the injury occurred has the greatest interest in the

17   resulting product liability litigation.

18          Plaintiffs' counsel also seem to argue that the

19   Court should focus only on the plaintiffs' claims on liability,

20   not the defendant's defenses.  That is -- squarely been

21   rejected by the federal courts.

22          I would point to the *Tazoe* case, T-A-Z-O-E, from

23   the Eleventh Circuit, 631 F.3d 1321 at 1332, and the *Clerides*

24   case from the Seventh Circuit, C-L-E-R-I-D-E-S, 534 F.3d at

25   629.  They don't address how Boeing is supposed to try and

33

1  prove that the airline is at fault when all of the airline's

2  documents and witnesses are in Indonesia beyond the subpoena

3  power of this Court and not subject to the Hague Convention.

4       Your Honor, at the end of the day, the doctrine of

5  *forum non conveniens* is an exceptional tool, but one of the

6  areas where the federal courts and the Supreme Court have been

7  clear and consistent is that for foreign aviation accidents,

8  like this one, this is one of the circumstances where *forum non*

9  *conveniens* dismissal is appropriate because it is only in the

10  foreign jurisdiction that all the potentially liable parties

11  can be brought together and where the key evidence and

12  witnesses can be assembled in one courtroom.

13       Thank you.

14     THE COURT:  All right.

15       Well, it appears to me as I look -- consider the

16  factors that you-all have addressed here that obviously

17  Indonesia is an available forum.  There is perhaps some

18  question about whether or not it's adequate.  You say it's the

19  only place it can be.  The plaintiffs on the other hand say

20  it's not adequate because they can't get the discovery that's

21  involved.  That's an issue to consider.

22       The question you've raised about the plaintiffs'

23  choice of forum, there's some disagreement as to how much

24  deference ought to be given to the plaintiff in the choice of

25  forum.  That can perhaps be debated, but it's clear that the

1  plaintiffs decided to file here and that this is not an

2  inconvenient forum for them.

3          This is the defendant's home forum.  And it seems

4  to me when you start balancing the private interest involved

5  here, the plaintiffs have chosen to be here.  This is the place

6  where the defendant resides, where they operate, where the bulk

7  of the evidence involved in the allegations of this case came

8  about, and where the evidence would be and the witnesses would

9  be.

10          As to the public interest that may be involved, it

11  seems to me that that comes out equally.  These are planes that

12  are all over the world.  We have very keen interests in the

13  United States as to what these products, how they are built and

14  what claims may come about them.  I don't find that there's

15  any -- any showing here that the public interest would be any

16  different than from here to Indonesia, and that comes out in

17  the balance.  And when I -- when I weigh that out, I've come to

18  the conclusion that this motion to dismiss should be denied.

19          Now, I have one other thought on my mind.  It's

20  time that I enter a discovery order in this case.  And I have a

21  standard order that I enter which provides for four months of

22  discovery.  Is that going to be sufficient for you-all?

23          I normally don't ask people that because as a --

24  this case is a little different, so I might consider modifying

25  it a bit.

1    MR. WISNER:  Judge, do you think we could have an

2  opportunity to talk with Mr. Shultz on the meet and confer and

3  get back to you really quickly about that?  I suspect we'd want

4  to ask you a little bit of an extension on that, not much.  Can

5  we talk about it, or do you need us to give you an answer now?

6    THE COURT:  No.  You can talk about it.  And how long

7  do you want to do that?  Because I'm going to be here this

8  week, but after that, I'm going to be gone for the two weeks

9  after.  If you can get back to me --

10    MR. WISNER:  We can get back to you right away, this

11  week.

12    Right, Mack?

13    MR. SHULTZ:  Yes, Your Honor.

14    THE COURT:  Okay.  Why don't you do that, and I'll

15  consider whatever you-all want to do.

16    MR. WISNER:  Sounds good.

17    MR. SHULTZ:  Thank you, Your Honor.

18    MR. HAMOUDI:  Thank you, Your Honor.

19    MR. WISNER:  Thank you, Judge.

20    THE COURT:  All right.  Thank you-all.  We'll adjourn

21  tomorrow morning at 10:00 o'clock.

22    THE LAW CLERK:  All rise.

23    (PROCEEDINGS CONCLUDED AT 10:50 A.M.)

24            -oOo-

25

36

1  uNITED STATES DISTRICT COURT     )

2  EASTERN DISTRICT OF VIRGINIA     )

3

4         I, JULIE A. GOODWIN, Official Court Reporter for

5  the United States District Court, Eastern District of Virginia,

6  do hereby certify that the foregoing is a correct transcript

7  from the record of proceedings in the above matter, to the best

8  of my ability.

9         I further certify that I am neither counsel for,

10  related to, nor employed by any of the parties to the action in

11  which this proceeding was taken, and further that I am not

12  financially nor otherwise interested in the outcome of the

13  action.

14         Certified to by me this 5TH day of OCTOBER, 2023.

15

16

17

18                    __/s/_____
                      JULIE A. GOODWIN, RPR
19                    Official U.S. Court Reporter
                      401 Courthouse Square
20                    Eighth Floor
                      Alexandria, Virginia  22314
21

22

23

24

25

Julie A. Goodwin, CSR, RPR

10/2/23

## $

**$50,000** [1] - 25:4
**$60,000** [1] - 25:4

## /

**/s** [1] - 36:18

## 1

**101** [1] - 2:13
**10:00** [2] - 3:1, 35:21
**10:50** [1] - 35:23
**1201** [1] - 2:20
**1321** [1] - 32:23
**1332** [1] - 32:23
**1600** [1] - 2:8
**161** [1] - 2:8
**16th** [1] - 2:16
**1994** [1] - 32:2
**1:23-MD-3072** [1] - 1:4

## 2

**2** [3] - 1:6, 3:1, 7:24
**20** [1] - 32:2
**20006** [2] - 2:17
**2012** [1] - 4:15
**2021** [6] - 1:6, 3:3, 12:1, 14:24, 15:3, 15:25
**2023** [3] - 1:6, 3:1, 36:14
**206.359.8000** [1] - 2:21
**206.492.7720** [1] - 2:5
**22314** [2] - 2:25, 36:20
**23-MD-3072** [1] - 1:4
**23510** [1] - 2:13
**252** [1] - 6:18

## 3

**312.216.5168** [1] - 2:9
**316.706.5171** [1] - 2:17
**330** [1] - 2:4

## 4

**401** [2] - 2:24, 36:19
**4900** [1] - 2:20

## 5

**500** [1] - 2:16
**505** [1] - 2:4
**53** [1] - 6:18
**534** [1] - 32:24
**563** [1] - 7:1
**5TH** [1] - 36:14

## 6

**60601** [1] - 2:8
**615** [1] - 19:18
**62** [1] - 4:10
**629** [1] - 32:25
**631** [1] - 32:23
**656** [1] - 6:18
**663** [1] - 7:1

## 7

**757.640.3947** [1] - 2:14

## 8

**888** [1] - 2:16
**891** [1] - 19:18

## 9

**9** [2] - 1:6, 3:3
**90** [1] - 11:23, 12:7, 17:18
**9000** [1] - 2:13
**95** [1] - 11:23, 12:7, 17:18
**98101** [1] - 2:20
**98104** [1] - 2:5

## A

**A.M** [2] - 3:1, 35:23
**Abad** [1] - 6:25
**ability** [1] - 36:8
**able** [6] - 13:15, 14:1, 14:5, 27:19, 30:6
**ably** [1] - 20:11
**absence** [1] - 27:20
**accept** [1] - 6:4
**access** [5] - 4:5, 13:23, 14:1, 17:22, 29:16
**accessible** [1] - 14:2
**accessing** [1] - 9:3
**accident** [15] - 4:1, 4:17, 4:20, 5:2, 5:3, 7:13, 9:11, 9:15, 10:17, 16:6, 28:8, 28:10, 28:12, 29:20
**accident's** [1] - 13:20
**accidents** [4] - 31:25, 32:3, 32:4, 33:7
**account** [1] - 25:23
**accredited** [1] - 28:17
**acting** [1] - 26:17
**action** [9] - 15:20, 15:25, 16:1, 17:1, 18:1, 18:15, 36:10, 36:13

**actions** [2] - 11:25, 21:2
**actively** [1] - 13:19
**address** [1] - 32:25
**addressed** [1] - 33:16
**adequate** [7] - 3:25, 5:20, 6:7, 6:11, 19:9, 33:18, 33:20
**adjourn** [1] - 35:20
**admiralty** [1] - 9:20
**admissible** [3] - 13:21, 29:20, 29:23
**admit** [2] - 17:5, 18:23
**admitting** [1] - 18:8
**aeronautical** [1] - 28:13
**affiant** [1] - 29:6
**afford** [1] - 11:21
**afforded** [1] - 22:2
**agency** [2] - 19:23, 20:1
**agent** [3] - 19:16, 19:22, 19:25
**ago** [2] - 16:22, 26:4
**agreed** [5] - 5:21, 5:23, 5:24, 8:4, 18:7
**agreement** [1] - 18:20
**AIR** [1] - 1:5
**air** [3] - 15:10, 24:2, 24:20
**Air** [8] - 3:3, 15:10, 18:16, 23:22, 25:17, 31:1, 31:3, 31:25
**aircraft** [10] - 4:12, 4:22, 4:23, 16:21, 22:22, 31:10, 32:1, 32:2, 32:5
**airline** [14] - 4:14, 4:23, 4:24, 5:8, 5:15, 7:13, 7:15, 8:13, 9:12, 10:9, 25:7, 27:11, 31:13, 33:1
**airline's** [2] - 8:14, 33:1
**airlines** [1] - 13:2
**airplane** [2] - 4:14, 5:1
**airplanes** [1] - 31:9
**Alexandria** [2] - 2:25, 19:3, 36:20
**ALEXANDRIA** [2] - 1:2, 1:6
**allegations** [1] - 34:7
**allowed** [1] - 13:25
**allows** [1] - 9:1
**alone** [3] - 17:23, 32:3
**alternative** [4] - 3:25, 5:20, 6:21, 11:9, 11:11, 23:1
**America** [4] - 14:8, 15:19, 15:23, 16:16

**American** [8] - 11:5, 11:19, 16:1, 16:7, 17:25, 20:11, 21:2, 31:4
**americans** [1] - 31:6
**Americans** [4] - 16:16, 21:24, 30:25, 31:6
**amount** [1] - 25:4
**analysis** [4] - 6:12, 6:16, 6:24, 7:6
**Anita** [1] - 23:20
**answer** [3] - 10:20, 31:17, 35:5
**apologize** [1] - 26:9
**appeal** [1] - 6:1
**Appeals** [1] - 26:24
**appearances** [1] - 3:4
**apply** [5] - 9:22, 9:23, 22:21, 30:20
**approached** [1] - 20:2
**appropriate** [2] - 10:18, 33:9
**area** [1] - 17:1
**areas** [1] - 33:6
**argue** [2] - 25:11, 32:18
**argument** [2] - 27:17, 32:7
**ARGUMENT** [4] - 3:19, 10:22, 21:9, 31:21
**arguments** [1] - 18:25
**arising** [1] - 9:15
**Asia** [1] - 24:21
**aspect** [4] - 11:3, 13:13, 18:21, 18:25
**assembled** [1] - 33:12
**asserting** [3] - 6:10, 8:18, 16:19
**associated** [2] - 11:24, 12:18
**astronomical** [1] - 17:24
**AT** [1] - 35:23
**attempt** [1] - 10:12
**attorney** [1] - 19:13
**attorneys** [6] - 14:15, 14:18, 14:19, 24:10, 24:22, 28:2
**authorities** [2] - 4:18, 27:12
**authority** [2] - 19:23, 20:1
**automatics** [3] - 12:22, 13:6
**autothrottle** [5] - 12:12, 12:14, 12:16, 12:21, 16:8
**availability** [3] - 9:4, 23:1, 23:8

**available** [8] - 3:25, 5:20, 6:5, 6:11, 8:8, 8:24, 23:2, 33:17
**Avenue** [2] - 2:4, 2:20
**aviation** [7] - 3:25, 4:17, 5:5, 5:7, 6:11, 10:17, 33:7
**avoid** [6] - 13:12, 15:13, 18:8, 21:3, 27:16, 31:16
**avoided** [1] - 28:5
**awisner@wisner** [1] - 2:9
**awisner@wisner-law .com** [1] - 2:9

## B

**backed** [1] - 20:25
**balance** [2] - 7:6, 34:17
**balancing** [1] - 34:4
**bankruptcy** [1] - 19:21
**barred** [1] - 6:3
**basis** [1] - 8:18
**become** [1] - 4:25
**becomes** [1] - 7:3
**BEFORE** [1] - 1:13
**behalf** [6] - 3:7, 3:11, 3:21, 10:5, 21:6, 26:18
**behind** [2] - 12:2, 31:12
**belabor** [1] - 5:18
**believes** [2] - 19:22, 20:1
**Ben** [1] - 3:12
**BENJAMIN** [1] - 2:12
**best** [1] - 36:7
**better** [1] - 11:11
**between** [3] - 5:14, 27:1, 27:5
**beyond** [1] - 33:2
**bhatch@ mcguirewoods. com** [1] - 2:14
**bifurcated** [1] - 10:25
**billion** [1] - 11:15
**bit** [2] - 34:25, 35:4
**blame** [2] - 12:22, 13:9
**board** [3] - 8:21, 31:3, 31:5
**Boeing** [54] - 3:11, 3:21, 4:1, 5:11, 5:21, 6:2, 7:16, 8:4, 11:1, 12:8, 12:21, 12:24, 13:11, 13:18, 14:4, 14:7, 14:9, 15:1, 15:9, 15:16, 16:3, 16:10, 19:20, 19:23,

20:1, 21:18, 22:5, 22:11, 22:13, 23:6, 23:19, 23:24, 24:1, 24:14, 24:19, 25:7, 25:10, 25:14, 26:20, 27:2, 28:17, 28:19, 29:2, 29:7, 29:16, 29:17, 30:8, 31:1, 31:22, 32:9, 32:25
**Boeing's** [8] - 7:7, 8:2, 8:10, 14:15, 14:19, 15:13, 17:12, 22:6
**boy** [1] - 27:10
**breaker** [1] - 7:4
**brief** [7] - 9:16, 10:16, 26:21, 28:1, 29:19, 31:23, 32:15
**briefing** [2] - 7:7, 8:10
**bring** [6] - 7:18, 8:5, 14:5, 25:21, 30:1, 30:2
**British** [1] - 13:24
**brought** [3] - 6:19, 7:15, 33:11
**built** [1] - 34:13
**bulk** [1] - 34:6
**burden** [9] - 11:5, 11:6, 11:13, 11:19, 23:7, 23:10, 23:12, 25:20, 25:24
**bureaucrats** [1] - 28:15
**buy** [1] - 13:10
**buyers** [1] - 13:6

## C

**California** [1] - 26:22
**cannot** [5] - 16:23, 18:11, 19:12, 19:14, 20:24
**care** [1] - 31:7
**cared** [2] - 31:6
**career** [3] - 20:6, 27:23, 28:14
**case** [69] - 3:2, 3:22, 4:3, 4:10, 5:19, 5:22, 6:5, 6:17, 6:18, 6:19, 6:25, 8:11, 9:13, 9:19, 9:24, 10:3, 10:14, 10:15, 10:16, 10:18, 10:25, 11:24, 11:25, 12:8, 14:11, 15:6, 15:16, 15:18, 16:5, 16:6, 16:7, 17:9, 18:11, 18:16, 18:17, 18:24, 19:1, 19:17, 19:18, 19:24, 20:16, 21:14, 23:2, 23:13, 26:4, 26:10,

26:25, 27:8, 27:13, 27:14, 27:18, 27:20, 27:22, 27:25, 28:1, 28:4, 30:23, 30:24, 31:1, 31:3, 31:14, 32:22, 32:24, 34:7, 34:20, 34:24
**case's** [1] - 17:10
**cases** [21] - 4:1, 6:11, 6:15, 7:18, 8:19, 9:16, 10:5, 10:17, 12:4, 13:2, 13:4, 16:3, 16:22, 18:18, 19:17, 20:15, 24:9, 24:20, 25:23, 31:7, 32:14
**caused** [1] - 17:7
**causes** [1] - 4:19
**center** [1] - 16:13
**certainly** [2] - 10:8, 15:14
**certifiably** [1] - 17:20
**Certified** [1] - 36:14
**certify** [2] - 36:6, 36:9
**challenge** [3] - 5:12, 5:13, 10:8
**changing** [1] - 12:18
**Chicago** [4] - 2:8, 14:24, 15:24, 26:8
**China** [2] - 15:20, 15:21
**Chinese** [3] - 6:20, 6:21, 15:21
**choice** [15] - 6:14, 6:16, 9:18, 21:19, 21:22, 22:3, 22:4, 22:24, 23:8, 30:17, 30:19, 33:23, 33:24
**choose** [2] - 21:16, 21:21
**chose** [3] - 23:3, 31:1, 31:4
**chosen** [3] - 11:12, 22:10, 34:5
**Circuit** [5] - 6:22, 7:1, 16:5, 32:23, 32:24
**circumstances** [2] - 18:13, 33:8
**cited** [4] - 7:11, 9:16, 16:3, 32:14
**citizen** [1] - 21:23
**citizens** [2] - 6:20, 9:11
**civil** [1] - 6:8
**claim** [2] - 14:13, 18:8
**claims** [12] - 4:6, 6:2, 6:4, 6:5, 6:9, 10:3, 13:13, 13:16, 13:18, 18:9, 32:19, 34:14
**Clark** [1] - 2:8

**CLAUDE** [1] - 1:13
**clear** [8] - 9:23, 10:6, 11:7, 15:12, 21:21, 32:1, 33:7, 33:25
**clearly** [3] - 8:20, 19:9, 27:7
**Clerides** [1] - 32:23
**CLERIDES** [1] - 32:24
**CLERK** [1] - 35:22
**client** [2] - 20:7, 21:6
**CMH** [1] - 1:4
**coast** [1] - 4:13
**COIE** [1] - 2:19
**Coie** [1] - 3:11
**coincidental** [1] - 23:25
**colleague** [6] - 21:11, 23:11, 24:19, 24:22, 27:6, 30:24
**collective** [1] - 20:25
**collectively** [1] - 19:6
**collects** [1] - 19:17
**colloquially** [1] - 19:6
**colonial** [1] - 6:8
**commerce** [1] - 11:18
**commission** [2] - 28:12, 28:13
**committed** [2] - 18:5, 28:24
**common** [1] - 13:11
**Company** [1] - 3:11
**company** [4] - 11:17, 12:11, 13:10, 16:5
**comparatively** [1] - 9:12
**comparison** [2] - 27:1, 27:5
**competently** [1] - 14:9
**complaints** [4] - 7:2, 7:12, 17:14, 17:16
**complex** [2] - 13:15, 27:20
**component** [2] - 25:8, 30:4
**components** [1] - 16:20
**computer** [1] - 12:15
**concealment** [3] - 12:10, 17:8, 20:20
**concerning** [1] - 16:18
**concluded** [1] - 6:22
**CONCLUDED** [1] - 35:23
**conclusion** [1] - 34:18
**conclusions** [1] - 13:21
**condition** [3] - 4:22, 5:21, 8:4
**conduct** [6] - 16:18, 22:17, 22:18, 22:19,

22:21, 22:23
**confer** [1] - 35:2
**confidence** [1] - 20:25
**confident** [1] - 28:7
**confront** [1] - 12:20
**consent** [3] - 19:14, 22:14, 26:16
**consents** [1] - 22:13
**consider** [4] - 33:15, 33:21, 34:24, 35:15
**considered** [2] - 6:21, 19:12
**considering** [2] - 9:14
**consistent** [1] - 33:7
**consumption** [1] - 17:21
**contact** [1] - 20:4
**contacting** [1] - 20:8
**contacts** [1] - 10:15
**contend** [1] - 12:14
**contest** [2] - 5:22, 19:11
**contested** [1] - 5:19
**context** [1] - 3:23
**continue** [1] - 20:3
**continued** [1] - 15:24
**continuing** [1] - 15:19
**contractors** [1] - 4:23
**contrast** [1] - 29:25
**convenience** [1] - 27:14
**conveniens** [19] - 3:23, 5:17, 6:15, 7:5, 7:21, 10:17, 10:19, 11:7, 11:8, 21:13, 25:24, 26:25, 27:18, 28:4, 31:2, 31:4, 31:18, 33:5, 33:9
**convenient** [2] - 11:10, 22:7
**Convention** [2] - 9:1, 33:3
**convince** [1] - 27:17
**copy** [1] - 5:10
**corporation** [1] - 19:16
**correct** [2] - 31:16, 36:6
**cost** [1] - 17:23
**costs** [1] - 12:17
**counsel** [5] - 3:4, 8:14, 20:5, 32:18, 36:9
**countries** [3] - 24:21, 27:5, 28:11
**country** [4] - 5:6, 16:19, 32:15
**couple** [2] - 14:17, 21:10
**course** [1] - 9:10

**COURT** [13] - 1:1, 2:23, 3:1, 3:9, 3:13, 10:21, 21:7, 31:20, 33:14, 35:6, 35:14, 35:20, 36:1
**court** [20] - 5:14, 6:3, 8:6, 11:5, 14:10, 15:11, 15:24, 16:17, 17:21, 18:3, 18:17, 19:13, 19:24, 22:6, 22:7, 25:13, 27:13, 30:9, 30:18
**Court** [29] - 2:24, 3:20, 6:18, 7:24, 8:15, 9:14, 10:20, 10:24, 11:4, 11:21, 14:14, 14:22, 15:12, 15:15, 15:16, 16:6, 21:13, 26:5, 26:13, 26:24, 31:12, 31:18, 32:10, 32:19, 33:3, 33:6, 36:4, 36:5, 36:19
**Court's** [1] - 19:19
**Courthouse** [2] - 2:24, 36:19
**courthouse** [2] - 19:3, 19:5
**courthouse's** [1] - 14:3
**courtroom** [2] - 11:19, 33:12
**COURTROOM** [1] - 3:2
**Courts** [1] - 29:25
**courts** [16] - 5:24, 5:25, 6:5, 6:6, 6:10, 8:23, 9:2, 10:12, 14:16, 21:2, 21:24, 22:2, 32:15, 32:21, 33:6
**CRASH** [1] - 1:5
**Crash** [1] - 3:3
**crash** [6] - 14:20, 15:10, 14:20, 24:24, 27:11
**crashed** [1] - 4:12
**create** [1] - 15:14
**creating** [3] - 15:7, 15:13, 15:23
**credible** [1] - 11:20
**crew** [1] - 4:10
**criminal** [1] - 28:22
**critical** [2] - 5:7, 17:9
**criticism** [2] - 13:1, 13:3
**crucial** [2] - 5:5, 30:2
**culture** [4] - 12:10, 12:11, 17:8, 20:20

**D**

**damages** [12] - 4:7, 8:11, 8:20, 11:1, 11:3, 18:24, 19:2, 25:19, 25:20, 25:22
**days** [1] - 18:19
**DC** [1] - 2:17
**deal** [3] - 11:3, 31:25
**death** [2] - 8:19, 16:25
**debated** [1] - 33:25
**dec** [1] - 17:12
**decades** [2] - 18:2, 21:1
**decedent** [1] - 10:5
**decide** [2] - 4:6, 16:18
**decided** [5] - 25:13, 25:15, 25:16, 25:17, 34:1
**deciding** [1] - 25:24
**decision** [5] - 9:19, 18:15, 26:24, 27:16
**declaration** [3] - 17:12, 19:13, 22:16
**declare** [1] - 19:15
**deems** [1] - 8:6
**defect** [7] - 12:3, 12:20, 16:9, 16:13, 16:20, 17:9, 20:19
**defective** [5] - 12:14, 12:16, 16:8, 20:14, 20:19
**defects** [4] - 12:12, 16:21, 17:7, 31:16
**defend** [2] - 14:8, 22:8
**DEFENDANT** [1] - 2:11
**defendant** [26] - 11:4, 11:6, 11:14, 11:15, 11:18, 12:17, 12:19, 13:5, 13:8, 14:12, 14:17, 14:23, 17:11, 18:2, 18:3, 18:4, 18:5, 18:7, 21:17, 22:6, 23:5, 23:15, 25:14, 25:18, 30:1, 34:6
**defendant's** [5] - 4:7, 12:11, 18:18, 32:20, 34:3
**defendants** [2] - 21:18, 21:25
**defending** [2] - 11:19, 14:9
**defenses** [3] - 4:7, 8:11, 32:20
**deference** [11] - 6:13, 6:17, 6:23, 11:22, 21:22, 21:23, 22:1, 22:2, 22:24, 33:24

**deferred** [1] - 18:19
**degree** [2] - 6:13, 20:25
**delayed** [1] - 19:4
**delineate** [1] - 17:13
**delivered** [2] - 32:2, 32:3
**demonstrate** [1] - 17:7
**demonstrated** [1] - 19:9
**denied** [3] - 19:4, 29:15, 34:18
**deny** [4] - 3:17, 15:17, 19:14, 29:16
**deposed** [1] - 29:7
**deposition** [1] - 29:6
**DEPUTY** [1] - 3:2
**deserve** [1] - 20:12
**design** [3] - 16:12, 16:20, 22:22
**designed** [1] - 32:3
**detail** [1] - 17:14
**determination** [1] - 30:18
**determinations** [1] - 30:19
**determine** [2] - 6:13, 20:13
**deterrence** [1] - 32:12
**detrimental** [1] - 15:4
**developed** [3] - 10:16, 16:10, 17:2
**development** [1] - 14:4
**different** [5] - 5:6, 10:4, 32:6, 34:16, 34:24
**difficult** [1] - 9:19
**dire** [1] - 25:2
**disagreement** [1] - 33:23
**disclose** [1] - 14:21
**disclosed** [1] - 17:16
**discovers** [1] - 20:15
**discovery** [14] - 3:15, 3:17, 13:16, 14:2, 14:22, 17:17, 18:12, 20:23, 27:20, 30:11, 30:12, 33:20, 34:20, 34:22
**dismiss** [3] - 3:15, 3:18, 34:18
**dismissal** [13] - 3:22, 5:21, 5:23, 7:9, 8:4, 9:5, 9:9, 10:18, 11:7, 31:18, 33:9
**dispute** [3] - 4:9, 14:15, 20:22
**disputing** [1] - 11:2
**disserved** [2] - 15:18,

15:22
**distress** [1] - 20:3
**distributed** [1] - 16:4
**DISTRICT** [5] - 1:1, 1:1, 1:14, 36:1, 36:2
**District** [6] - 2:24, 14:11, 26:5, 26:6, 36:5
**diversity** [1] - 9:20
**DIVISION** [1] - 1:2
**Docket** [1] - 29:7
**doctrine** [1] - 33:4
**document** [2] - 7:24, 25:5
**documents** [8] - 8:1, 8:5, 14:20, 17:15, 20:8, 29:10, 29:14, 33:2
**dollars** [1] - 11:16
**domestic** [2] - 9:10, 32:13
**done** [5] - 15:2, 24:9, 24:10, 27:18, 27:21
**down** [2] - 18:10, 26:7
**during** [4] - 5:1, 12:9, 12:12, 13:25
**Dutch** [1] - 6:8

**E**

**earner** [1] - 25:1
**ease** [1] - 9:3
**easier** [1] - 13:7
**EASTERN** [1] - 1:1
**eASTERN** [1] - 36:2
**Eastern** [1] - 36:5
**economically** [1] - 12:19
**economy** [2] - 15:18, 15:22
**effectively** [1] - 14:9
**effort** [1] - 12:6
**Eighth** [1] - 36:20
**either** [2] - 15:9, 29:22
**ekelley@ mcguirewoods. com** [1] - 2:18
**element** [1] - 11:6
**Eleventh** [1] - 32:23
**Emily** [1] - 3:12
**EMILY** [1] - 2:16
**emotional** [1] - 20:3
**emphasize** [1] - 32:7
**employed** [1] - 36:10
**employees** [3] - 14:4, 24:2, 24:7
**employment** [1] - 8:22
**end** [2] - 29:21, 33:4
**enforceability** [3] - 5:12, 10:7, 10:9

**engine** [1] - 4:25
**engineers** [1] - 28:14
**English** [1] - 17:19
**ensure** [1] - 21:15
**enter** [2] - 34:20, 34:21
**entered** [2] - 4:22, 5:9
**entitled** [7] - 6:16, 6:23, 9:25, 10:8, 20:14, 20:21, 22:24
**entity** [2] - 19:22, 19:25
**equal** [1] - 18:16
**equally** [1] - 34:11
**era** [1] - 6:8
**estate** [1] - 8:22
**Ethiopia** [1] - 31:25
**Ethiopian** [3] - 15:10, 18:17, 31:3
**even-Steven** [1] - 23:13
**events** [3] - 4:25, 16:13, 20:16
**everywhere** [1] - 11:16
**evidence** [34] - 6:2, 7:25, 8:7, 8:10, 8:12, 9:2, 9:4, 11:23, 12:8, 12:9, 13:3, 13:4, 13:18, 13:22, 14:1, 17:6, 17:15, 17:19, 17:22, 26:22, 27:5, 27:7, 28:6, 29:17, 29:18, 29:21, 29:23, 30:1, 30:2, 30:3, 33:11, 34:7, 34:8
**example** [1] - 14:12
**exception** [1] - 11:8
**exceptional** [1] - 33:5
**exchange** [1] - 19:24
**exclusively** [1] - 15:8
**excuse** [1] - 26:17
**executed** [1] - 18:19
**exist** [1] - 32:4
**existed** [2] - 12:11, 32:5
**existence** [1] - 19:14
**exists** [3] - 9:21, 11:16, 13:4
**expect** [1] - 5:4
**expectation** [1] - 15:7
**expedited** [1] - 20:12
**expense** [1] - 17:24
**experts** [1] - 28:19
**extension** [1] - 35:4
**extremely** [1] - 9:10

**F**

**F.3d** [5] - 6:18, 7:1,

19:18, 32:23, 32:24
**faces** [1] - 11:18
**fact** [8] - 6:25, 7:22, 9:5, 14:11, 15:9, 20:14, 30:8, 32:8
**fact-finding** [1] - 20:14
**factor** [2] - 18:15, 24:11
**factors** [9] - 7:7, 7:8, 9:8, 9:17, 9:18, 23:10, 23:17, 30:16, 33:16
**facts** [4] - 4:9, 13:20, 30:9, 31:14
**factual** [1] - 29:18
**failed** [1] - 18:18
**failure** [3] - 4:24, 12:21, 15:3
**failures** [1] - 16:22
**fairly** [1] - 10:6
**false** [1] - 18:8
**familiarity** [1] - 9:18
**families** [4] - 5:9, 10:1, 20:2, 20:4
**family** [2] - 25:1, 26:16
**far** [1] - 30:23
**fast** [1] - 14:12
**fault** [5] - 4:4, 7:13, 12:24, 18:23, 33:1
**favor** [6] - 7:3, 7:9, 9:5, 9:9, 23:14, 25:22
**feature** [1] - 13:9
**features** [1] - 3:23
**February** [4] - 12:1, 14:24, 15:3, 15:24
**Federal** [1] - 26:5
**federal** [11] - 10:16, 14:10, 15:10, 18:3, 18:5, 18:11, 18:17, 30:18, 32:21, 33:6
**federally** [1] - 18:6
**Fifth** [1] - 2:4
**file** [5] - 14:25, 15:9, 31:2, 31:4, 34:1
**filed** [8] - 10:2, 10:5, 11:25, 14:14, 14:24, 15:8, 22:11, 23:3
**final** [2] - 4:18, 5:25
**finally** [2] - 4:7, 5:8
**financially** [1] - 36:12
**FIRM** [1] - 2:7
**Firm** [1] - 19:10
**firm** [1] - 23:21
**firms** [1] - 10:4
**first** [8] - 9:25, 10:12, 11:25, 13:10, 21:12, 21:13, 22:11, 31:24
**flied** [1] - 31:9

**flight** [2] - 4:11, 4:20
**Floor** [1] - 36:20
**FLOYD** [1] - 2:7
**Floyd** [2] - 3:7, 21:5
**fly** [2] - 8:17, 31:10
**flying** [1] - 13:7
**FNC** [9] - 13:12, 13:14, 14:25, 15:8, 15:9, 15:12, 15:15, 18:4, 18:12
**focus** [4] - 11:2, 17:10, 31:24, 32:19
**focused** [1] - 13:3
**following** [1] - 14:21
**FOR** [2] - 2:3, 2:11
**foregoing** [1] - 36:6
**foreign** [3] - 16:5, 33:7, 33:10
**former** [1] - 14:3
**forth** [1] - 7:7
**forum** [54] - 3:22, 3:25, 5:17, 5:20, 6:11, 6:14, 6:15, 6:16, 6:21, 6:23, 7:3, 7:5, 7:14, 7:21, 8:8, 10:15, 10:17, 10:18, 11:6, 11:8, 11:10, 11:11, 11:13, 11:22, 14:8, 19:10, 21:13, 21:15, 21:16, 21:19, 21:22, 22:3, 22:4, 22:24, 23:1, 23:5, 23:8, 25:24, 26:25, 27:18, 27:24, 28:4, 30:20, 31:2, 31:4, 31:18, 33:5, 33:8, 33:17, 33:23, 33:25, 34:2, 34:3
**forums** [1] - 23:3
**forward** [1] - 3:18
**four** [2] - 18:2, 34:21
**Fourth** [2] - 6:22, 16:5
**fraud** [1] - 18:5
**friend** [2] - 24:5, 24:15
**FURTHER** [1] - 31:21

**G**

**generated** [1] - 12:9
**geography** [1] - 5:5
**Gilbert** [1] - 21:14
**given** [5] - 15:19, 15:23, 16:22, 20:16, 33:24
**God** [1] - 25:8
**GOODWIN** [3] - 2:23, 36:4, 36:18
**Goodwin** [1] - 1:25
**govern** [2] - 9:25, 10:7
**governing** [1] - 9:18

**government** [1] - 18:6
**grant** [2] - 20:23, 27:18
**granted** [4] - 13:14, 15:15, 18:4, 18:12
**grants** [1] - 28:4
**gravamen** [2] - 15:20, 15:25
**great** [4] - 11:3, 11:21, 30:11, 31:24
**greater** [1] - 18:18
**greatest** [3] - 4:5, 4:8, 32:16
**grieving** [1] - 24:24
**GROUP** [1] - 2:3
**guarantee** [2] - 20:24, 29:11
**Gulf** [1] - 21:13

**H**

**Hague** [2] - 8:25, 33:3
**Hamoudi** [1] - 3:7
**HAMOUDI** [4] - 2:4, 3:6, 10:23, 35:18
**hand** [1] - 33:19
**handle** [1] - 30:19
**happy** [1] - 10:20
**harass** [2] - 21:16, 23:4
**Hatch** [1] - 3:12
**HATCH** [1] - 2:12
**head** [2] - 21:18, 29:6
**hear** [1] - 3:15
**heard** [5] - 5:13, 7:16, 21:5, 31:8
**HEARING** [1] - 1:13
**heavily** [3] - 7:8, 9:5, 9:9
**heavy** [2] - 11:6, 23:12
**heck** [1] - 31:9
**heightened** [1] - 6:17
**held** [2] - 6:10, 22:2
**help** [1] - 28:23
**hereby** [1] - 36:6
**herring** [2] - 26:1, 26:19
**HERRMANN** [1] - 2:3
**high** [1] - 9:10
**highly** [1] - 13:14
**HILTON** [1] - 1:13
**historical** [2] - 17:6
**history** [2] - 12:2, 12:3
**holding** [1] - 32:15
**home** [7] - 7:3, 14:8, 22:6, 22:7, 27:15, 31:15, 34:3
**Honor** [38] - 3:6, 3:10, 3:21, 4:10, 10:23, 11:21, 12:11, 13:12,

13:20, 14:7, 14:23, 15:12, 16:15, 17:10, 18:2, 18:11, 18:14, 18:21, 19:9, 20:3, 20:6, 21:4, 21:5, 25:15, 27:13, 27:18, 28:4, 28:6, 29:11, 30:18, 30:21, 31:11, 31:22, 33:4, 35:13, 35:17, 35:18
**HONORABLE** [1] - 1:13
**hundred** [2] - 11:15, 17:2
**hundreds** [1] - 5:6

**I**

**illegal** [1] - 24:24
**Illinois** [12] - 2:8, 3:7, 12:1, 14:10, 14:16, 14:20, 15:11, 18:17, 26:5, 26:6, 26:22, 27:2
**Illinois'** [1] - 9:12
**imagine** [1] - 20:7
**immediately** [1] - 14:21
**important** [3] - 8:7, 17:18, 30:25
**importantly** [1] - 7:10
**imposes** [1] - 11:13
**impossible** [1] - 17:5
**impoverished** [1] - 24:21
**IN** [1] - 1:4
**inaction** [1] - 15:4
**include** [2] - 24:19, 25:10
**included** [2] - 4:20, 8:15
**including** [3] - 3:25, 4:24, 6:11
**inconvenience** [2] - 14:7, 23:4
**inconvenient** [1] - 34:2
**incorrect** [1] - 7:23
**incremental** [1] - 32:12
**indication** [1] - 19:5
**indicted** [1] - 18:6
**Indonesia** [58] - 3:24, 4:2, 4:3, 4:4, 4:8, 4:11, 4:12, 4:13, 4:15, 4:16, 5:4, 5:5, 5:7, 5:20, 6:3, 6:7, 6:10, 7:14, 8:6, 8:12, 8:21, 8:24, 8:25, 9:2, 9:6, 9:9, 13:16,

13:19, 14:2, 14:6, 16:24, 18:24, 19:8, 19:22, 22:12, 22:15, 22:17, 22:18, 23:1, 24:2, 25:20, 26:3, 26:14, 27:1, 27:2, 27:4, 27:19, 27:23, 28:2, 28:3, 28:7, 29:15, 29:24, 30:7, 33:2, 33:17, 34:16
**Indonesian** [42] - 4:11, 4:13, 4:17, 4:18, 4:19, 5:14, 5:15, 5:22, 5:24, 6:3, 6:5, 6:6, 7:10, 8:6, 8:8, 8:21, 8:23, 9:11, 9:23, 9:25, 10:6, 10:11, 10:12, 10:15, 16:24, 17:20, 17:21, 22:20, 25:13, 25:17, 25:18, 27:11, 27:12, 28:12, 31:13
**Indonesians** [1] - 31:3
**industry** [2] - 5:5, 5:7
**information** [5] - 7:20, 7:22, 8:20, 25:20, 30:14
**injury** [4] - 16:25, 22:19, 32:16
**injustices** [1] - 19:8
**innovative** [1] - 13:7
**inquiry** [1] - 7:21
**insignificant** [1] - 32:12
**insured** [2] - 23:24, 24:10
**insureds** [1] - 24:7
**insureds'** [1] - 24:22
**insurers** [1] - 23:23
**intense** [1] - 5:3
**interest** [21] - 4:8, 5:4, 7:6, 7:7, 7:8, 9:8, 9:10, 9:17, 16:17, 17:25, 18:15, 23:10, 23:17, 24:11, 30:16, 30:24, 32:16, 34:4, 34:10, 34:15
**interested** [5] - 15:7, 29:13, 29:14, 30:8, 36:12
**interests** [2] - 9:12, 34:12
**internal** [1] - 12:20
**international** [4] - 9:1, 11:18, 23:20, 26:25
**interpreted** [1] - 10:11
**interviews** [2] - 29:9, 29:12
**INTO** [1] - 1:5
**investigate** [2] - 12:2,

28:24
**investigated** [2] - 4:18, 27:12
**investigating** [1] - 15:5
**investigation** [11] - 12:6, 13:20, 13:23, 13:25, 28:9, 28:13, 28:16, 29:3, 29:7, 29:20, 31:14
**investigations** [2] - 28:10, 28:21
**investigator's** [1] - 7:11
**investigators** [4] - 4:19, 13:24, 30:5
**invite** [1] - 28:15
**involved** [7] - 4:16, 9:11, 14:4, 33:21, 34:4, 34:7, 34:10
**involvement** [1] - 24:13
**involves** [2] - 12:8, 18:1
**involving** [2] - 16:23, 18:9
**irrelevant** [1] - 7:22
**islands** [1] - 5:7
**issue** [9] - 4:10, 10:7, 15:1, 25:9, 26:18, 30:22, 32:1, 32:4, 33:21
**issued** [1] - 14:22
**issues** [4] - 9:24, 10:14, 16:18, 26:3
**itself** [3] - 4:20, 5:18, 32:10

**J**

**Jakarta** [1] - 4:11
**January** [1] - 3:3
**JANUARY** [1] - 1:6
**Java** [2] - 3:3, 4:12
**JAVA** [1] - 1:5
**JGoodwinEgal@gmail.com** [1] - 2:25
**Jiali** [2] - 6:18, 16:5
**jobs** [1] - 20:23
**joined** [3] - 3:11, 4:4, 9:7
**JR** [1] - 2:19
**judge** [3] - 18:5, 18:11, 25:15
**Judge** [15] - 20:23, 21:12, 22:25, 23:11, 23:24, 24:12, 26:13, 27:15, 28:9, 28:21, 29:4, 30:16, 31:19, 35:1, 35:19

**JUDGE** [1] - 1:14
**judges** [1] - 30:19
**judgment** [1] - 5:25
**judicial** [3] - 15:18, 15:22, 30:10
**JULIE** [3] - 2:23, 36:4, 36:18
**Julie** [1] - 1:25
**juries** [1] - 20:22
**jurisdiction** [13] - 5:24, 6:4, 7:17, 8:18, 9:20, 9:21, 19:12, 19:14, 19:19, 22:13, 22:17, 33:10
**justice** [5] - 11:12, 19:4, 20:9, 23:14
**Justice** [1] - 19:4
**justified** [1] - 15:8

### K

**keen** [1] - 34:12
**KELLEY** [1] - 2:16
**Kelley** [1] - 3:12
**Kennedys** [2] - 19:10, 23:21
**key** [4] - 4:5, 4:9, 9:4, 33:11
**kind** [4] - 27:16, 28:20, 30:7, 31:8
**known** [4] - 12:17, 23:21, 25:8, 27:9
**knows** [1] - 13:13

### L

**lability** [1] - 26:21
**lack** [1] - 25:22
**Lady** [1] - 19:4
**laid** [2] - 10:16, 11:22
**last** [2] - 18:7, 30:15
**launched** [1] - 15:20
**Lauritzen** [1] - 9:22
**Law** [1] - 19:10
**LAW** [3] - 2:3, 2:7, 35:22
**law** [27] - 5:16, 6:8, 9:18, 9:19, 9:23, 9:25, 10:4, 10:6, 10:11, 10:15, 10:17, 11:5, 15:12, 15:21, 16:2, 16:24, 17:1, 19:16, 23:2, 23:20, 24:25, 25:17, 25:18, 30:17, 30:19, 30:20
**law.com** [1] - 2:9
**lawyer** [4] - 20:7, 22:16, 23:20, 23:22
**lawyers** [2] - 20:12, 20:25

**lead** [2] - 28:15, 29:2
**leader** [1] - 29:4
**learn** [1] - 15:6
**learned** [1] - 12:4
**least** [2] - 9:24, 10:3
**legal** [2] - 19:25, 20:8
**legally** [1] - 19:12
**lengthy** [1] - 7:20
**letter** [4] - 8:14, 19:10, 23:20, 24:6
**levelled** [1] - 13:1
**lex** [1] - 9:21
**Lexis** [1] - 18:10
**liability** [23] - 4:6, 4:7, 11:1, 11:2, 11:23, 12:7, 13:13, 13:16, 16:1, 16:19, 16:24, 17:1, 17:4, 18:21, 18:25, 19:23, 21:2, 27:6, 27:20, 28:5, 31:16, 32:17, 32:19
**liable** [2] - 9:7, 33:10
**life** [1] - 25:4
**likely** [1] - 32:12
**Lion** [4] - 15:10, 18:16, 31:1, 31:25
**list** [2] - 7:20, 17:14
**listened** [1] - 27:9
**litigating** [1] - 28:1
**litigation** [11] - 3:23, 4:1, 4:8, 7:15, 8:17, 15:7, 15:13, 15:14, 15:19, 15:23, 32:17
**LLP** [3] - 2:12, 2:15, 2:19
**located** [3] - 8:12, 8:24, 14:1
**loci** [1] - 9:21
**London** [2] - 23:23, 23:25
**look** [5] - 6:25, 31:12, 31:14, 32:14, 33:15
**looking** [1] - 10:14
**losing** [1] - 27:24
**loss** [1] - 25:4
**lost** [2] - 25:1, 28:2

### M

**MACK** [1] - 2:19
**Mack** [3] - 3:10, 31:22, 35:12
**mack** [1] - 3:21
**Main** [1] - 2:13
**maintained** [1] - 4:15
**maintenance** [1] - 4:22
**management** [1] - 4:24
**Mandala** [1] - 27:25

**MANDALA** [1] - 27:25
**manned** [1] - 28:14
**manner** [1] - 10:25
**manufacture** [4] - 14:5, 16:20, 18:9, 22:22
**manufactured** [3] - 16:4, 32:8, 32:11
**manufacturer** [3] - 16:25, 25:8, 28:16
**manufacturers** [2] - 30:4, 32:13
**manufacturing** [1] - 16:12
**market** [1] - 23:25
**marketed** [2] - 13:5, 13:9
**marshal** [1] - 14:12
**marshalled** [1] - 14:17
**Maryland** [2] - 6:19, 6:23
**matter** [3] - 20:4, 30:10, 36:7
**Max** [9] - 12:4, 12:5, 13:2, 13:4, 17:9, 20:15, 31:25, 32:2, 32:4
**MCGUIRE** [2] - 2:12, 2:15
**McGuireWoods** [1] - 3:12
**McIntosh** [1] - 29:6
**MDL** [1] - 1:4
**mean** [1] - 22:1
**meaningfully** [1] - 5:19
**means** [2] - 16:15, 19:7
**medical** [1] - 8:22
**meet** [2] - 23:7, 35:2
**members** [1] - 26:17
**mention** [6] - 21:10, 24:12, 26:20, 27:22, 27:25, 30:22
**mentioned** [2] - 21:11, 23:11
**mentions** [1] - 26:21
**Mercier** [1] - 26:23
**MERCIER** [1] - 26:24
**merely** [1] - 7:2
**merits** [3] - 4:2, 13:13, 27:17
**met** [1] - 23:10
**might** [1] - 34:24
**miles** [1] - 22:8
**mind** [2] - 28:23, 34:19
**minimal** [1] - 9:13
**mix** [1] - 9:20
**MO** [1] - 2:4

**mo@ herrmannlawgroup .com** [1] - 2:6
**model** [1] - 32:5
**modifying** [1] - 34:24
**Mohammad** [1] - 3:6
**MOHAMMAD** [1] - 2:4
**money** [1] - 25:3
**monopoly** [1] - 11:17
**months** [1] - 34:21
**morning** [7] - 3:6, 3:9, 3:10, 3:13, 3:20, 10:23, 35:21
**most** [1] - 7:10
**motion** [17] - 3:15, 3:17, 3:18, 8:15, 11:7, 14:25, 15:8, 15:9, 15:13, 15:16, 17:12, 18:4, 18:12, 25:25, 31:2, 31:4, 34:18
**MOTION** [1] - 1:13
**motions** [1] - 3:14
**move** [1] - 27:3
**moves** [1] - 7:6
**MR** [21] - 2:4, 2:7, 2:12, 2:19, 3:6, 3:10, 3:20, 10:23, 21:5, 21:8, 21:10, 26:8, 26:11, 31:22, 35:1, 35:10, 35:13, 35:16, 35:17, 35:18, 35:19
**MS** [2] - 2:16, 2:23
**mshultz@ perkinscoie.com** [1] - 2:21
**multiple** [3] - 5:11, 10:1, 10:4
**murder** [1] - 28:24
**must** [6] - 11:9, 11:10, 11:12, 15:13, 23:2, 27:13

### N

**name** [1] - 5:11
**necessary** [1] - 30:20
**need** [6] - 3:16, 13:19, 28:6, 29:22, 29:24, 35:5
**needed** [1] - 4:6
**needing** [1] - 25:19
**needs** [1] - 29:17
**never** [4] - 29:15, 31:16, 31:17, 32:5
**news** [1] - 31:7
**next** [1] - 6:12
**NO** [1] - 1:4
**non** [21] - 3:22, 5:17, 6:15, 7:5, 7:21,

10:17, 10:19, 11:6, 11:8, 21:13, 21:15, 25:24, 26:25, 27:18, 27:24, 28:4, 31:2, 31:4, 31:18, 33:5, 33:8
**nonparties** [1] - 14:1
**nonparty** [2] - 30:3, 30:13
**Norfolk** [1] - 2:13
**normally** [1] - 34:23
**North** [1] - 2:8
**Northern** [2] - 14:10, 26:6
**notably** [1] - 7:24
**note** [1] - 3:4
**notes** [1] - 7:12
**nothing** [4] - 15:2, 23:19, 27:14, 30:20
**notice** [2] - 14:23, 15:1
**noting** [1] - 10:10
**nowhere** [1] - 17:12
**NTSB** [4] - 13:24, 28:16, 28:17, 30:4
**number** [2] - 29:17, 29:18
**Number** [1] - 3:2
**numerous** [2] - 14:18, 16:22
**NW** [1] - 2:16

### O

**o'clock** [1] - 35:21
**objected** [1] - 17:17
**obligations** [1] - 19:25
**obtain** [2] - 9:2, 17:6
**obtained** [1] - 10:9
**obviously** [1] - 33:16
**occur** [1] - 9:16
**occurred** [8] - 16:22, 20:15, 20:16, 20:19, 22:18, 22:21, 32:16
**occurring** [3] - 16:13, 16:18, 19:8
**OCTOBER** [3] - 1:6, 3:1, 36:14
**odd** [2] - 28:20
**OF** [3] - 1:1, 1:13, 36:2
**offer** [4] - 7:19, 8:2, 8:9, 11:23
**offers** [1] - 4:5
**offices** [1] - 14:16
**Official** [2] - 36:4, 36:19
**OFFICIAL** [1] - 2:23
**Oil** [1] - 21:14
**ON** [1] - 1:6
**once** [1] - 4:21

**one** [23] - 3:14, 5:4, 7:16, 9:17, 10:3, 11:12, 23:4, 23:5, 23:13, 23:16, 25:1, 26:17, 27:19, 27:22, 28:3, 29:17, 31:4, 33:5, 33:8, 33:12, 34:19
**oOo** [1] - 35:24
**open** [2] - 21:24
**OPEN** [1] - 3:1
**operate** [1] - 34:6
**operated** [1] - 4:13
**opportunity** [1] - 35:2
**oppress** [2] - 21:16, 23:4
**order** [4] - 3:15, 23:4, 34:20, 34:21
**originally** [1] - 26:8
**originating** [1] - 6:8
**otherwise** [1] - 36:12
**ought** [1] - 33:24
**outcome** [1] - 36:12
**outside** [2] - 14:1, 15:23
**overcome** [1] - 23:15
**overhauled** [1] - 16:21
**overlap** [2] - 12:5, 20:17
**overlaps** [1] - 12:3
**override** [1] - 21:8
**overwhelming** [2] - 3:23, 10:15
**own** [4] - 21:19, 22:6, 22:8, 22:16

**P**

**P.C** [1] - 2:7
**page** [1] - 7:24
**paid** [1] - 6:13
**paltry** [1] - 25:4
**paragraphs** [2] - 7:20, 8:1
**part** [1] - 17:9
**participant** [4] - 8:25, 28:8, 28:9, 29:3
**participate** [4] - 8:16, 28:16, 29:8, 29:12
**participating** [1] - 13:19
**particular** [2] - 12:3, 17:7
**parties** [6] - 4:4, 7:15, 9:7, 30:22, 33:10, 36:10
**party** [2] - 26:16, 30:3
**passengers** [2] - 4:10, 16:25
**people** [6] - 5:11,

**19**:6, 21:25, 24:23, 24:25, 34:23
**per** [1] - 4:16
**percent** [2] - 11:23, 12:7, 17:18
**performance** [1] - 5:1
**perhaps** [3] - 7:10, 33:17, 33:25
**Perkins** [1] - 3:11
**PERKINS** [1] - 2:19
**person** [1] - 26:17
**personal** [2] - 10:4, 19:11
**persuaded** [1] - 13:10
**piecemeal** [2] - 15:7, 15:13, 15:14
**pilot** [1] - 4:21
**piloting** [1] - 4:20
**pilots** [8] - 4:16, 12:21, 12:22, 12:24, 13:2, 13:3, 13:8, 19:19
**pilots'** [1] - 12:23
**Piper** [3] - 9:13, 16:6, 32:10
**place** [7] - 4:3, 8:23, 9:6, 13:10, 22:10, 33:19, 34:5
**placed** [1] - 15:1
**plaintiff** [6] - 6:22, 21:15, 23:3, 23:14, 30:1, 33:24
**plaintiff's** [2] - 22:3, 25:24
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [25] - 3:8, 5:12, 5:15, 5:19, 6:9, 6:20, 7:1, 7:18, 7:19, 7:25, 8:7, 10:8, 12:1, 13:14, 21:6, 21:20, 22:23, 27:23, 28:2, 31:13, 31:24, 32:7, 33:19, 34:1, 34:5
**plaintiffs'** [9] - 4:6, 6:14, 6:16, 7:12, 10:3, 28:2, 32:18, 32:19, 33:22
**plane** [5] - 16:11, 16:23, 18:9, 31:17, 32:9
**planes** [2] - 12:13, 34:11
**pleading** [1] - 31:12
**pleadings** [1] - 14:14
**point** [6] - 5:18, 6:18, 7:5, 20:6, 27:10, 32:22
**police** [1] - 28:22
**politicians** [1] - 28:14
**Pontianak** [1] - 4:12

**position** [3] - 20:18, 20:19, 20:21
**possess** [1] - 17:13
**possession** [2] - 8:3, 14:21
**possible** [2] - 16:12, 25:13
**potential** [3] - 7:13, 9:21, 9:22
**potentially** [4] - 4:4, 9:6, 9:19, 33:10
**power** [3] - 14:3, 30:7, 33:3
**practically** [1] - 29:11
**precise** [3] - 13:1, 15:15, 15:17
**precisely** [1] - 17:13
**preexisting** [1] - 19:24
**prepared** [1] - 3:17
**present** [2] - 11:13, 13:25
**presentation** [1] - 11:2
**presented** [1] - 16:23
**presumption** [1] - 7:3
**pretty** [1] - 25:10
**private** [6] - 7:6, 7:8, 23:9, 23:16, 24:11, 34:4
**proceeding** [6] - 7:16, 9:7, 18:15, 26:1, 26:2, 36:11
**proceedings** [7] - 8:23, 15:19, 15:23, 19:21, 26:14, 26:19, 36:7
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 35:23
**process** [6] - 5:22, 17:22, 19:12, 19:15, 20:13, 20:14
**produced** [1] - 1:24, 16:11
**product** [23] - 11:16, 11:19, 11:24, 12:5, 12:15, 13:5, 13:15, 14:5, 14:8, 14:9, 16:3, 16:7, 16:15, 17:10, 18:18, 20:14, 20:18, 22:8, 32:8, 32:11, 32:17
**product's** [1] - 12:3
**products** [7] - 12:7, 16:1, 16:19, 17:1, 17:7, 21:1, 34:13
**promise** [1] - 21:8
**pronounced** [1] - 18:1
**proof** [14] - 4:5, 7:20,

8:2, 8:9, 11:23, 16:12, 17:19, 20:17, 23:7, 23:10, 23:12, 24:11, 25:21, 25:24
**proper** [4] - 26:16, 26:25, 27:4, 30:22
**properly** [1] - 7:23
**prosecute** [1] - 13:15
**prosecuting** [2] - 16:4, 21:1
**prosecution** [1] - 18:19
**prove** [4] - 26:15, 27:19, 30:13, 33:1
**provides** [5] - 6:7, 6:9, 34:21
**public** [16] - 4:8, 5:3, 7:7, 9:8, 9:17, 16:17, 17:25, 18:15, 20:4, 23:9, 29:23, 30:16, 30:23, 34:10, 34:15
**purpose** [2] - 21:15, 21:17

**Q**

**questions** [1] - 10:20
**quickly** [2] - 26:9, 35:3
**Quy** [4] - 23:20, 23:21, 24:5, 24:15
**Quy's** [1] - 24:13

**R**

**raised** [2] - 14:25, 33:22
**rather** [2] - 12:20, 22:7
**RE** [1] - 1:4
**Re** [1] - 3:3
**reading** [1] - 29:19
**ready** [1] - 14:21
**real** [1] - 31:14
**really** [4] - 22:8, 30:8, 31:15, 35:3
**reason** [4] - 15:15, 15:17, 22:3, 22:5
**reasonable** [1] - 4:9
**recognized** [2] - 17:5, 21:13
**record** [4] - 3:5, 20:4, 29:23, 36:7
**records** [4] - 8:5, 8:13, 8:22
**recover** [1] - 10:1
**recovery** [1] - 4:21
**red** [2] - 26:1, 26:19
**reduced** [1] - 22:1
**refer** [1] - 19:6
**refile** [1] - 7:2
**refiled** [1] - 5:23

**refused** [1] - 24:17
**registered** [1] - 4:14
**regulations** [1] - 4:17
**reinforced** [1] - 15:8
**reiterate** [1] - 27:8
**rejected** [1] - 32:21
**related** [3] - 8:1, 14:20, 36:10
**relative** [1] - 9:3
**release** [4] - 19:23, 25:14, 25:17, 25:18
**releases** [14] - 5:9, 5:10, 5:13, 5:14, 10:7, 10:9, 10:11, 20:2, 24:13, 24:14, 24:18, 25:9, 25:11, 25:12
**relevant** [3] - 7:21, 8:6, 17:14
**relied** [2] - 7:11, 15:4
**rely** [2] - 12:22, 13:8
**relying** [1] - 15:16
**remand** [1] - 14:14
**remarks** [1] - 31:23
**remedy** [2] - 6:7, 6:9
**remember** [1] - 27:23
**remove** [1] - 27:4
**repeatedly** [3] - 3:24, 6:10, 32:15
**reply** [1] - 7:24
**report** [7] - 4:19, 4:25, 7:11, 13:21, 16:7, 29:20, 29:23
**reported** [1] - 1:24
**reportedly** [1] - 5:8
**Reporter** [2] - 36:4, 36:19
**REPORTER** [3] - 2:23, 26:7, 26:10
**represent** [2] - 20:7, 23:22
**representations** [1] - 19:11
**representative** [2] - 26:16, 28:18
**representatives** [3] - 10:1, 10:4, 24:23
**represented** [3] - 14:15, 20:5, 20:11
**represents** [1] - 23:23
**residents** [1] - 6:20
**resides** [1] - 34:6
**resolved** [1] - 26:18
**resources** [3] - 14:12, 14:18, 15:5
**respect** [4] - 4:21, 5:25, 9:8, 20:1
**respectfully** [1] - 10:24
**respond** [4] - 12:16,

13:12, 14:18, 27:16
**response** [2] - 12:21, 14:13
**resulted** [1] - 17:9
**resulting** [1] - 32:17
**revealed** [1] - 12:7
**reverse** [1] - 15:17
**review** [1] - 10:13
**rights** [1] - 6:1
**rise** [1] - 35:22
**robust** [1] - 6:7
**Rocket** [1] - 19:7
**rooted** [1] - 17:1
**RPR** [2] - 2:23, 36:18
**rule** [2] - 9:21, 11:8
**rules** [1] - 11:7
**run** [3] - 27:15, 28:21, 31:15

## S

**S-U-N-D-S-T-R-A-N-D** [1] - 26:12
**safe** [1] - 13:7
**safer** [1] - 21:2
**safety** [2] - 4:23, 29:7
**saw** [2] - 19:3, 27:6
**scale** [1] - 23:14
**scare** [1] - 31:9
**schedule** [1] - 14:22
**Scottish** [1] - 9:15
**screen** [1] - 31:12
**Sea** [2] - 3:3, 4:12
**SEA** [1] - 1:5
**searched** [1] - 18:10
**Seattle** [2] - 2:5, 2:20
**second** [1] - 32:7
**secondary** [1] - 12:15
**seeking** [2] - 27:3, 27:4
**seem** [2] - 31:24, 32:18
**selected** [1] - 11:22
**selection** [2] - 6:22, 7:3
**sense** [1] - 13:11
**serious** [1] - 20:3
**seriously** [1] - 20:9
**serve** [1] - 11:11
**service** [3] - 5:22, 19:12, 19:15
**set** [2] - 7:7, 13:21
**settle** [1] - 18:7
**settled** [1] - 5:8
**settlement** [1] - 10:2
**Seventh** [2] - 7:1, 32:24
**shares** [1] - 11:17
**shortsightedness** [1] - 17:8

**shoulder** [1] - 17:24
**show** [2] - 14:15, 32:15
**showing** [5] - 3:16, 11:9, 11:11, 11:13, 34:15
**shred** [1] - 17:16
**Shultz** [5] - 3:10, 3:21, 27:9, 31:22, 35:2
**SHULTZ** [6] - 2:19, 3:10, 3:20, 31:22, 35:13, 35:17
**sic** [1] - 19:18
**side** [1] - 8:11
**sides** [3] - 18:25, 20:11, 20:12
**sign** [3] - 20:2, 20:8, 25:5
**significant** [2] - 15:6, 16:17
**significantly** [1] - 11:10
**signing** [1] - 25:6
**silent** [1] - 16:24
**simple** [1] - 31:18
**simply** [2] - 10:10, 32:6
**Singapore** [2] - 13:24, 30:4
**single** [4] - 9:7, 10:5, 18:3, 18:11
**Sinochem** [1] - 15:17
**SJY182** [2] - 19:11, 19:21
**SJY2** [1] - 19:18
**sky** [1] - 21:2
**slow** [1] - 26:7
**smoke** [1] - 34:17
**sold** [1] - 13:5
**someone** [2] - 19:21, 19:25
**sorry** [1] - 26:8
**sounds** [1] - 35:16
**sources** [2] - 4:5, 12:6
**Southeast** [1] - 24:21
**special** [1] - 6:23
**specific** [1] - 14:11
**spending** [1] - 15:5
**Square** [2] - 2:24, 36:19
**squarely** [1] - 32:20
**Sriwijaya** [5] - 7:17, 8:17, 23:22, 24:2, 25:17
**staff** [1] - 28:14
**standard** [1] - 34:21
**stands** [1] - 19:6
**start** [3] - 23:6, 23:14, 34:4

**state** [7] - 7:25, 15:24, 26:1, 26:2, 26:14, 26:19, 27:3
**STATES** [3] - 1:1, 1:14, 36:1
**States** [33] - 2:24, 6:14, 8:18, 11:24, 12:9, 12:25, 13:22, 14:3, 16:1, 16:11, 16:14, 16:17, 17:3, 18:6, 18:8, 18:16, 18:22, 19:16, 20:13, 22:12, 22:22, 23:6, 24:3, 25:16, 25:21, 27:1, 27:3, 27:7, 27:24, 28:3, 30:4, 34:13, 36:5
**stating** [1] - 17:15
**statute** [2] - 22:20
**stenotype** [1] - 1:24
**step** [1] - 6:12
**Steven** [1] - 23:13
**still** [3] - 10:3, 14:25, 15:1
**stipulating** [1] - 29:21
**straits** [1] - 25:2
**Street** [3] - 2:8, 2:13, 2:16
**stricken** [1] - 7:23
**strong** [3] - 11:9, 11:11, 11:12
**Stryker** [1] - 19:18
**STRYKER** [1] - 19:18
**stuck** [3] - 5:1, 12:16, 12:18
**subject** [8] - 5:3, 5:15, 5:25, 7:16, 7:17, 19:19, 30:7, 33:3
**submit** [2] - 5:23, 23:19
**submitted** [5] - 6:2, 7:19, 8:2, 8:14, 22:16
**subpoena** [3] - 14:3, 30:7, 33:2
**substantial** [2] - 21:23, 23:12
**substitute** [1] - 21:19
**sue** [1] - 21:25
**sued** [4] - 22:11, 22:14, 23:5
**suffer** [1] - 16:8
**suffering** [1] - 24:23
**sufficient** [1] - 34:22
**suing** [1] - 22:5
**suit** [4] - 10:2, 14:24, 22:11, 23:3
**Suite** [5] - 2:4, 2:8, 2:13, 2:16, 2:20
**Sundstrand** [3] - 26:5,

26:11, 30:23
**supposed** [2] - 12:15, 32:25
**Supreme** [6] - 9:14, 15:16, 16:6, 21:13, 32:10, 33:6
**sur** [1] - 7:24
**sur-reply** [1] - 7:24
**surprise** [1] - 31:2
**surprising** [1] - 24:10
**suspect** [2] - 28:22, 35:3
**system** [6] - 4:24, 12:15, 13:10, 30:10, 30:11, 32:4
**systems** [1] - 5:1

## T

**Tang** [2] - 6:18, 16:6
**Tazoe** [1] - 32:22
**TAZOE** [1] - 32:22
**technical** [1] - 28:17
**terms** [1] - 9:3
**test** [3] - 5:17, 5:18, 9:22
**tested** [1] - 16:11
**testimony** [1] - 17:14
**Texas** [1] - 14:11
**textbook** [1] - 3:22
**THE** [17] - 1:5, 1:13, 2:3, 2:11, 3:2, 3:9, 3:13, 10:21, 21:7, 26:7, 26:10, 31:20, 33:14, 35:6, 35:14, 35:20, 35:22
**themselves** [2] - 7:25, 8:7
**theories** [1] - 17:4
**theory** [1] - 15:5
**they've** [4] - 17:15, 24:16, 28:5, 28:7
**thinking** [1] - 27:13
**Third** [2] - 2:20, 28:11
**third** [1] - 30:3
**thousands** [1] - 22:7
**throttles** [1] - 4:25
**tie** [1] - 7:4
**ties** [1] - 24:13
**today** [2] - 3:8, 12:23
**together** [2] - 12:2, 33:11
**tomorrow** [1] - 35:21
**took** [1] - 8:23
**tool** [1] - 33:5
**tort** [2] - 16:19, 22:18
**tortious** [6] - 16:18, 22:17, 22:18, 22:19, 22:21, 22:23
**torts** [1] - 16:19

**tradition** [1] - 6:8
**tragedy** [1] - 21:3
**trained** [4] - 4:16, 12:24, 13:8, 19:20
**training** [1] - 4:21
**TRANSCRIPT** [1] - 1:13
**transcript** [2] - 1:24, 36:6
**translated** [1] - 17:20
**treaty** [1] - 9:1
**trial** [4] - 4:2, 9:2, 9:15, 32:11
**true** [2] - 24:19, 26:3
**try** [1] - 32:25
**trying** [1] - 20:8
**turned** [1] - 21:18
**two** [6] - 3:14, 10:25, 18:19, 23:2, 29:18, 35:8
**type** [1] - 16:23
**types** [1] - 6:9

## U

**U.S** [21] - 2:23, 6:10, 8:16, 8:17, 8:24, 9:2, 21:12, 21:23, 21:24, 21:25, 22:6, 22:23, 24:25, 25:14, 25:18, 28:17, 30:4, 30:10, 32:8, 32:9, 36:19
**UK** [1] - 30:5
**uncontestable** [1] - 6:6
**under** [12] - 5:17, 6:15, 7:5, 9:17, 10:11, 10:18, 18:12, 20:2, 24:25, 25:16, 25:18, 30:22
**underlying** [1] - 17:19
**undisputed** [2] - 16:10, 16:12
**undue** [1] - 11:13
**unique** [1] - 18:2
**uniquely** [1] - 13:3
**United** [33] - 2:24, 6:14, 8:17, 11:24, 12:9, 12:24, 13:22, 14:3, 15:25, 16:11, 16:13, 16:17, 17:2, 18:6, 18:8, 18:16, 18:22, 19:16, 20:13, 22:12, 22:21, 23:6, 24:3, 25:16, 25:21, 27:1, 27:3, 27:7, 27:24, 28:3, 30:3, 34:13, 36:5
**UNITED** [2] - 1:1, 1:14
**uNITED** [1] - 36:1

**units** [1] - 29:7
**unless** [1] - 19:15
**unlike** [2] - 16:3, 16:6
**unlikely** [1] - 13:14
**unprecedented** [2] - 11:5, 18:14
**unquestionable** [2] - 7:14, 8:12
**unusual** [1] - 30:20
**unwilling** [1] - 23:18
**up** [4] - 5:6, 18:10, 28:25, 29:21
**upset** [2] - 4:21, 4:22

## V

**versus** [4] - 21:14, 26:4, 26:11, 30:23
**vex** [2] - 21:16, 23:4
**victims** [1] - 27:12
**view** [1] - 5:13
**VIRGINIA** [3] - 1:1, 1:6, 36:2
**Virginia** [9] - 2:13, 2:25, 9:12, 9:22, 10:2, 26:23, 27:2, 36:5, 36:20
**virtual** [1] - 11:17
**voluntarily** [1] - 8:16

## W

**wage** [1] - 25:1
**walked** [1] - 19:3
**Washington** [4] - 2:5, 2:17, 2:20, 26:22
**ways** [1] - 10:25
**week** [3] - 18:7, 35:8, 35:11
**weekend** [1] - 7:19
**weeks** [2] - 14:17, 35:8
**weigh** [3] - 7:8, 9:9, 34:17
**weighs** [1] - 9:4
**well-developed** [1] - 10:16
**West** [1] - 2:13
**Westlaw** [1] - 18:10
**willing** [2] - 23:17, 24:3
**Wilson** [3] - 26:4, 26:11, 30:23
**WISNER** [11] - 2:7, 2:7, 21:5, 21:8, 21:10, 26:8, 26:11, 35:1, 35:10, 35:16, 35:19
**Wisner** [2] - 3:7, 21:5
**witness** [1] - 23:17

**witnesses** [9] - 8:1, 8:5, 8:14, 9:4, 12:8, 17:13, 33:2, 33:12, 34:8
**WOODS** [2] - 2:12, 2:15
**world** [4] - 11:16, 19:24, 21:25, 34:12
**World** [1] - 28:11
**worth** [2] - 11:15, 12:19
**wrongful** [1] - 8:19

## Y

**years** [9] - 12:17, 16:21, 17:2, 17:22, 21:19, 23:21, 26:4, 27:10, 32:2
**you-all** [4] - 33:16, 34:22, 35:15, 35:20