IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-3072 |

## ORDER

Upon consideration of the Joint Motion for a Scheduling Order, and for good cause shown, it is hereby **ORDERED**:

1. Boeing will file answers to the complaints of Plaintiffs Ridwan, Ponijan, Wahyuni, Arifni, Masrizal, Wadu, and Handayani by or on October 16, 2023, fourteen (14) days following the court's order denying its motion to dismiss, as provided by Federal Rule of Procedure 12(a)(4)(A).

2. The initial pretrial conference will take place virtually before Magistrate Judge William Fitzpatrick on or about November 1, 2023. The parties agree to confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, to arrange for the disclosures required by Rule 26(a)(1), and to develop a discovery plan.

3. Discovery will be completed by June 28, 2024, eight (8) months after the initial pretrial conference.

4. The Final Pretrial Conference will be held on July 12, 2024.

5. In accordance with Local Rule 26(D)(2), Plaintiffs will make their first expert disclosures by or on May 6, 2024. Boeing will make its expert disclosures by June 5, 2024. Plaintiffs have until June 20, 2024 to disclose rebuttal evidence to Defendant's expert disclosures.

Dated: October 25, 2023

/s/ Claude M. Hilton
Judge Claude M. Hilton
United States District Judge