IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021<br><br>This document relates to ONLY the following case:<br><br>1:23-cv-00474 (Aprillia v. Boeing Co.) | MDL No. 1:23-md-3072 |

## ORDER ON MOTION REQUESTING ISSUANCE OF VISAS

This case comes before the Court on the Plaintiffs' Unopposed Motion for Order Requesting Assistance in Issuance of U.S. Visas. Having reviewed that motion and the Court being fully advised, IT IS HEREBY ORDERED:

1. Plaintiffs' Unopposed Motion for Order Requesting Assistance in Issuance of U.S. Visas is **GRANTED**.

2. This Court hereby requests the expedited assistance of U.S. State Department/Consular Affairs personnel in Indonesia in issuing non-immigrant visas to the below listed Claimants, witnesses, and interpreters. The purpose of their travel to the United States is for the taking of their depositions and testimony at trial in this action arising out of the air crash of Sriwijaya flight SJ 182 into the Java Sea on January 9, 2021.

3. The list of Claimants and witnesses under the names of their respective Decedents is as follows:

| DECEDENT | CLAIMANTS |
|---|---|
| Iuskandar Nelly | 1. Tania Aprillia<br>2. Kevin Sungiardi<br>3. Jesen Sungiardi<br>4. Julianur |
| Teofilus Dari | 5. Benediktus Beke<br>6. Demetria Eta<br>7. Dominikus Lau<br>8. Tarsisius Panda |
| Sevia Daro | 9. Gabriel Ema<br>10. Kanisius Kila<br>11. Veronika Osin<br>12. Don Bosco Roli<br>13. Antonius Bata |
| Panca Widia Nursanti | 14. Syarif Rafik<br>15. Syarif Abu Bakar Adenie<br>16. Syarifah Butsainah Zulfa<br>17. Syarifah Fida Zahara<br>18. Syarifah Atiqah Humairah<br>19. Sri Lungdiyanti |
| Rusni & Daniya | 20. Mustafa<br>21. M. Ali<br>22. Asriandi<br>23. Sri Wahyuni |
| Ricko | 24. Martha Sari<br>25. Gavi Borneo Mahulette<br>26. Demianus Mahulette<br>27. Magdalena Rieuwpassa |
| Rion Yogatama | 28. Pandu Dewanata<br>29. Zulfan Algibran Yogatama<br>30. Oni Kartika Sari<br>31. Riawan<br>32. Ika Aristiya<br>33. Sekar Arum Buana<br>34. Az-Zahrah Roudhotul Janah |

| | |
|---|---|
| Rosi Wahyuni<br>Rizky Wahyudi<br>Arkana Nadhif Wahyudi<br>Nabila Anjani | 35. Rafin Akbar<br>36. Rosmah<br>37. Anna Mutia<br>38. Muhamad Rizaldi<br>39. Iqbal Ansori<br>40. Lilis Suryani |
| Supianto | 41. Irma<br>42. Fui Fui<br>43. Tony Asem |
| Suyanto | 44. Sri Wisnuwati<br>45. Sekar Ayuningtyas |
| Yohanes Suherdi | 46. Ramsiah<br>47. Susilawati Bunga Hilaria<br>48. Brian Gusti Ravael<br>49. Losam |
| Shinta | 50. Yuris Darsa<br>51. Apple Claire<br>52. Cerise Claire<br>53. Jam Khiang |
| Arifiyan Ilyas | 54. Naafi Wulandari<br>55. Sariman<br>56. Sunarti |
| Isti Yudha Prastika | 57. Udjang Usman<br>58. Iriyaningsih |
| Mulyadi | 59. Ponijan<br>60. Kartimah<br>61. Budi Setio<br>62. Slamet Bowo Santoso |
| Fao Nuntius Zai<br>Arneta Fauzia<br>Umbu Kristin Zai<br>Zurisya Zai | 63. Yaaman Zai |
| All Decedents | 64. Heru Noruza AK. CA. CPA (CPA)<br>kaphsm2018@gmail.com<br>+62 021 866 14716 |

| | |
|---|---|
| All Decedents | 65. Mahmud Hamdani Effendi (Accountant)<br>mahmud_hamdani@yahoo.com<br>+62 812 1203 2902 |
| All Decedents | 66. Intan Felly *Permatasari* (Interpreter)<br>intan.felly@gmail.com<br>+62 813 1038 5919 |

4. Claimants, witnesses, and interpreters should initiate the visa application process without delay.

5. The above-named Claimants, witnesses and interpreters may use this Order in their application and during the Consular Interview for the appropriate U.S. Visas, as confirmation of their status as parties to this proceeding, and the Court's desire that they be permitted to travel to the United States to participate in this proceeding as deponents, witnesses, and parties in pre-trial and trial proceedings as scheduled.

**IT IS SO ORDERED.**

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 20, 2024