IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:23-md-03072-CMH-WEF |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE DEADLINES

All remaining Plaintiffs[1] and Defendant, The Boeing Company, by and through their respective attorneys of record, hereby submit this notice to the Court that the parties have reached settlements in principle resolving all Plaintiffs' claims, and jointly move to continue all deadlines docketed in this case. The parties are working hard to finalize the settlements that have been reached. Those efforts, however, are complicated by the logistical challenges of finalizing and executing the necessary releases for Plaintiffs who reside in Indonesia. Such challenges include the exchange and review of the Indonesian legal documents necessary to draft those releases, the translation of the releases into Indonesian, and the signing and notarization of the releases in Indonesia.

To give time to finalize the settlements without incurring the costs of continuing to engage in discovery, the parties respectfully request that the Court continue all deadlines in the case and that parties be ordered to submit a joint status report in 90 days, updating the Court on the status of the settlements. In the meantime, as the parties finalize the settlement documents,

---

[1] The parties to this motion do not include plaintiffs in the eleven *Kastenbaum* actions. Those cases settled in principle last year, as the parties advised the Court at the August 9, 2023 hearing.

they will submit motions to approve the settlements and dismiss the claims of the plaintiffs whose settlements are finalized.

Dated:  July 30, 2024                                  Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

*/s/ Thomas P. Routh*
Thomas P. Routh
Nolan Law Group
20 N Clark St 30th Floor
Chicago, Illinois 60602-5094
(312) 630-4000

*/s/ Charles J. Herrmann*
Charles J. Herrmann
Anthony Marsh
HERRMANN LAW GROUP
505 5th Avenue South, Suite 330
Seattle, WA 98104
(206) 625-9104

*/s/ Floyd A. Wisner*
Floyd A. Wisner
Alexandra Wisner
Wisner Law Firm
161 N. Clark Street Suite 1600
Chicago, Illinois 60601
(312) 216-5168

*/s/ Sanjiv N. Singh*
Sanjiv N. Singh
Sanjiv N. Singh, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
(650) 389-2255

*/s/ Michael B. Indrajana*
Michael B. Indrajana
Indrajana Law Group, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
(650) 597-0928

                                                */s/ Vincent C. Mancini*
Vincent C. Mancini
Reimer Dobrovolny & La Bardi PC
15 Spinning Wheel Road Suite 310
Hinsdale, IL 60521
(630) 654-9547

ATTORNEYS FOR DEFENDANT

*/s/ Mack H. Shultz, Jr.*
Mack H. Shultz, Jr.
Daniel P. Ridlon
Perkins Coie
1201 Third Avenue, Suite 4900
Seattle, WA
(206) 359-8000

Benjamin L. Hatch, VA Bar No. 70116
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
(757) 640-3700

Emily Kelley, VA Bar No. 96252
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700

## CERTIFICATE OF SERVICE

I, Benjamin L. Hatch, hereby certify that on July 30, 2024, I filed the foregoing ***Joint Notice and Motion to Continue Deadlines*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

                                                 */s/ Benjamin L. Hatch*
                                                 Benjamin L. Hatch, VA Bar No. 70116
                                                 BHatch@mcguirewoods.com
                                                 McGuireWoods LLP
                                                 World Trade Center
                                                 101 West Main Street, Suite 9000
                                                 Norfolk, VA 23510-1655
                                                 Telephone:    +1.757.640.3700
                                                 Facsimile:     +1.757.640.3947