# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:23-md-03072-CMH-WEF |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Continue Deadlines, and for good cause shown, it is hereby **ORDERED** that all deadlines in this case are continued until further notice.

It is further **ORDERED** that the parties submit to the Court within 90 days of this order a joint report on the status of the settlements.

Dated: _____, 2024

_____
Judge Claude M. Hilton
United States District Judge