# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | Lead Case No.: 1:23-md-3072-CMH-WEF |
| This document relates to the following cases:<br><br>DEWI WAHYUNI, individually; as Personal Representative of the Estate of YOHANES, and as next of friend of his minor child D.M.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant | Member Case Nos.:<br>1:23-cv-00475<br>1:23-cv-00482<br>1:23-cv-00483<br>1:23-cv-00555 |
| HALIMAH ARIFNI, individually; as Personal Representative of the Estate of ASY HABUL YAMIN, and as next of friend of his minor children N.I.M., H.D.H., T.R.Y., and M.A.S.,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | |
| MASRIZAL, individually and as personal representative of the estate of FAISAL RAHMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a corporation,<br><br>Defendant. | |

| |
|---|
| NELI HANDAYANI, individually; as Personal Representative of the Estate of PIPIT PIYONO; and as next friend of his minor child A.M.T., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware corporation, <br><br> Defendant. |

## **[PROPOSED] ORDER**

THIS MATTER comes before the Court on the Parties' Joint Motion for Approval of Settlements and to Dismiss. The Court, having considered the parties' motion, and based upon the documentary evidence presented, and good cause appearing, therefore HEREBY FINDS AND ORDERS AS FOLLOWS:

1. The Parties' Joint Motion for Approval of Settlements and to Dismiss is GRANTED.
2. The settlements of the claims and the allocation and payment of settlement funds to the minor beneficiaries, as set forth in the Declarations of Plaintiffs Handayani, Wahyuni, Arifini, and Masrizal against Defendant The Boeing Company are fair, reasonable, and in the best interests of all parties, including the minor plaintiffs, and are approved.
3. All claims in the following cases, including the claims of the minor beneficiaries, are hereby dismissed in their entirety with prejudice and without costs:
    a. *Wahyuni v. The Boeing Company,* 1:23-cv-00475;
    b. *Arifni v. The Boeing Company*, 1:23-cv-00482;
    c. *Masrizal v. The Boeing Company*, 1:23-cv-00483; and
    d. *Handayani v. The Boeing Company*, 1:23-cv-00555.
   
   This fully resolves the claims of the plaintiffs in these actions.

4. The Court retains jurisdiction to effectuate settlement, including enforcement, adjudication of liens, approval where necessary, and any other pendant matters.

IT IS SO ORDERED.

Date: _____          _____
                                      Hon. Claude M. Hilton
                                      U.S. District Judge, Eastern District of Virginia