**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | Case No. 1:23-md-03072-CMH-WEF |
| This Document Relates To: ALL CASES | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 5, 2024 Order (Dkt. 112), the Plaintiffs and The Boeing Company are filing this Joint Status Report on the status of the settlements in this litigation.

As previously reported, all of the claims in the litigation have settled. The parties have made substantial progress in finalizing those settlements. After obtaining the necessary documents and information from the plaintiffs and other beneficiaries, who are scattered across Indonesia, the parties have negotiated, finalized, and translated releases for all but two of the settlements. In those two settlements, the parties are still conferring and working with Indonesian authorities to assess who the valid heirs are. The parties anticipate that these issues will be resolved within the next few weeks and that the remaining two releases will be finalized shortly thereafter.

Plaintiffs have already provided seventeen executed releases to Boeing, and the Court has approved four of those settlements and dismissed the related claims. The parties anticipate filing motions to approve the other thirteen settlements for which they have executed releases and dismiss the related claims shortly.

Plaintiffs' counsel are also working with their clients in Indonesia to execute the remaining finalized releases. Plaintiffs believe that in 30 days they will have most, if not all of the releases

fully executed. As those releases are executed, the parties will move for court approval of the settlements and dismissal of the related claims.

To give them additional time to finalize the settlements, the parties ask that the court order the parties to submit a joint status report in 45 days, updating the Court on the status of the settlements. In the meantime, as the parties continue to finalize the settlement documents, they will submit motions to approve the settlements and dismiss the claims of the plaintiffs whose settlements are finalized.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFFS

*/s/ Thomas P. Routh*
Thomas P. Routh
Nolan Law Group
20 N Clark St 30th Floor
Chicago, Illinois 60602-5094
(312) 630-4000

*/s/ Charles J. Herrmann*
Charles J. Herrmann
Anthony Marsh
HERRMANN LAW GROUP
505 5th Avenue South, Suite 330
Seattle, WA 98104
(206) 625-9104

*/s/ Floyd A. Wisner*
Floyd A. Wisner
Alexandra Wisner
Wisner Law Firm
161 N. Clark Street Suite 1600
Chicago, Illinois 60601
(312) 216-5168

*/s/ Sanjiv N. Singh*
Sanjiv N. Singh
Sanjiv N. Singh, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402

(650) 389-2255

/s/ Michael B. Indrajana
Michael B. Indrajana
Indrajana Law Group, A Professional Law Corporation
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
(650) 597-0928

/s/ Vincent C. Mancini
Vincent C. Mancini
Reimer Dobrovolny & La Bardi PC
15 Spinning Wheel Road Suite 310
Hinsdale, IL 60521
(630) 654-9547

/s/ Steve Marks
Steven C. Marks, Esq., FL Bar No. 516414
Pablo Rojas, Esq., FL Bar No. 1022427
PODHURST, ORSECK, P.A.
One S.E. Third Avenue, Suite 2300
Miami, FL 33131
Direct (Mr. Marks): (305) 439-1401
Direct (Mr. Rojas): (240) 863-4893
Fax: (305) 358-2382

/s/ Ashley T. Davis, Esq.
Ashley T. Davis, Esq. (VSB No. 68078)
Derrick L. Walker, Esq. (VSB No. 46490)
ALLEN, ALLEN, ALLEN & ALLEN P.C.
1809 Staples Mill Road
P.O. Box 6855
Richmond, Virginia 23230
Phone/E-Fax (Ms. Davis) 804-257-7526
Phone/E-Fax (Mr. Walker): 804-257-7514

ATTORNEYS FOR DEFENDANT

*/s/ Mack H. Shultz, Jr.*
Mack H. Shultz, Jr.
Daniel P. Ridlon
Perkins Coie
1201 Third Avenue, Suite 4900
Seattle, WA
(206) 359-8000

John K. Roche
Ariel B. Glickman
Perkins Coie
700 13th Street NW, Suite 800
Washington, DC 20005
(202) 654-6200

Benjamin L. Hatch, VA Bar No. 70116
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
(757) 640-3700

Emily E. Kelley, VA Bar No. 96252
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700

**CERTIFICATE OF SERVICE**

I, Emily E. Kelley, hereby certify that on November 4, 2024, I filed the foregoing *JOINT STATUS REPORT* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Emily E. Kelley*
Emily E. Kelley, VA Bar No. 96252
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700