# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| IN RE AIR CRASH INTO THE JAVA SEA ON JANUARY 9, 2021 | Lead case no: 1:23-md-3072-CMH-WEF |

This document relates to:

IRFANSYAH RIYANTO, Personal
Representative of the heirs of
RATIH WINDANIA, deceased,
YUMNA FANISYATUZAHRA, deceased, and
ATHAR RISKI RIAWAN, deceased, and
ARDO ARSITA PERMAHA, Personal
Representative of the heirs of
GITA LESTARI DEWI, deceased,

               Plaintiffs

   v.                                    Case no. 1:23-cv-00618

THE BOEING COMPANY, a corporation,

               Defendant

## JOINT MOTION TO FILE UNREDACTED DOCUMENT UNDER SEAL

Plaintiffs Irfansyah Riyanto, Personal Representative of the heirs of Ratih Windania, deceased, Yumna Fanisyatuzahra, deceased, Toni Ismail, deceased, Rahmawati, deceased, and Athar Riski Riawan (also known as Athar Rizki Riawan), deceased, and Ardo Arsita Permaha (also known as Ardo Arsita Permana), Personal Representative of the heirs of Gita Lestari Dewi, deceased, through undersigned counsel, and Defendant The Boeing Company, through undersigned counsel, jointly move for an order, pursuant to Local Civil Rule 5, allowing Plaintiffs to file under seal an unredacted version of the Declaration of Floyd A. Wisner in Support of the Joint Motion for Approval of Settlements and to Dismiss.

1

The parties ask this Court to allow the parties to file an unredacted version of the Declaration under seal with the following information redacted from the publicly-filed version of the Declaration: (1) the total settlement amounts, (2) the proposed distribution of the settlement amounts (both net and gross), (3) the amount of the attorneys' fees and (4) the amounts of any previous settlements with other parties. As stated in the accompanying Memorandum, sealing is appropriate because of confidentiality interests in the settlement, Plaintiffs' interests in avoiding harassment in Indonesia, and in the interest of the minor heir of the decedent Gita Lestari Dewi.

WHEREFORE, Plaintiffs Irfansyah Riyanto, Personal Representative of the heirs of Ratih Windania, deceased, Yumna Fanisyatuzahra, deceased, Toni Ismail, deceased, Rahmawati, deceased, and Athar Rizky Riawan, deceased, and Ardo Arsita Permaha, Personal Representative of the heirs of Gita Lestari Dewi, deceased, through undersigned counsel, and Defendant The Boeing Company, through undersigned counsel, jointly request the entry of an order allowing Plaintiffs to file an unredacted version of the Declaration of Floyd A. Wisner in Support of the Joint Motion for Approval of Settlements and to Dismiss under seal.

Dated: December 10, 2024

Respectfully submitted,

*s/Floyd A. Wisner*

Floyd A. Wisner (admitted pro hac vice)
Wisner Law Firm
161 N Clark St. Suite 1600
Chicago, IL 60601
(312) 216-5168
(312) 898-5698
faw@wisner-law.com

*Attorney for Plaintiffs*

2

*s/Benjamin L. Hatch*
Benjamin L. Hatch (VSB No. 70116)
McGuireWoods LLP
World Trade Center
101 West Main St. Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
BHatch@mcguirewoods.com

*s/Mack H. Shultz*
Mack H. Shultz (admitted *pro hac vice*)
Perkins Coie LLP
1201 Third Ave. Suite 4900
Seattle, WA 98101
(206) 359-8000
mshultz@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

3

**CERTIFICATE OF SERVICE**

      I, Benjamin L. Hatch, hereby certify that on December 10, 2024, I filed the foregoing Joint Motion to File Unredacted Document Under Seal with the clerk of court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

                                            *s/Benjamin L. Hatch*
                                            Benjamin L. Hatch (VSB No. 70116)
                                            McGuireWoods LLP
                                            World Trade Center
                                            101 West Main St. Suite 9000
                                            Norfolk, VA 23510-1655
                                            (757) 640-3700
                                            BHatch@mcguirewoods.com