# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

IN RE AIR CRASH INTO THE JAVA SEA
ON JANUARY 9, 2021

Lead case no:
1:23-md-3072-CMH-WEF

This document relates to:

IRFANSYAH RIYANTO, Personal
Representative of the heirs of
RATIH WINDANIA, deceased,
YUMNA FANISYATUZAHRA, deceased, and
ATHAR RISKI RIAWAN, deceased, and
ARDO ARSITA PERMAHA, Personal
Representative of the heirs of
GITA LESTARI DEWI, deceased,

               Plaintiffs
    v.

Case no. 1:23-cv-00618

THE BOEING COMPANY, a corporation,

               Defendant

## PROPOSED ORDER

This matter comes before the Court pursuant to Local Rule 5 and the Joint Motion to File Unredacted Document Under Seal by Plaintiffs Irfansyah Riyanto, Personal Representative of the heirs of Ratih Windania, deceased, Yumna Fanisyatuzahra, deceased, Toni Ismail, deceased, Rahmawati, deceased, and Athar Riski Riawan (also known as Athar Rizky Riawan), deceased, and Ardo Arsita Permaha (also known as Ardo Arsita Permana), Personal Representative of the heirs of Gita Lestari Dewi, deceased, and Defendant The Boeing Company (collectively "the Parties").

Before the Court may seal documents, it must: "(1) provide public notice of the request to

1

seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v Conoco, Inc.,* 218 F.3d 282, 288 (4th Cir. 2000) (citations omitted).

In compliance with Local Rule 5(C) and *Ashcraft,* the Parties have provided public notice of this Motion by filing an appropriate Notice with the Court. For the reasons set forth in the Parties' Memorandum in Support of the Joint Motion to File Unredacted Document Under Seal, sealing is appropriate because of confidentiality interests in the settlements, Plaintiffs' interests in avoiding harassment in Indonesia, and in the interest of the minor heir of the decedent Gita Lestari Dewi. This remedy is narrowly tailored such that there is no less drastic alternative to sealing the unredacted document. Thus, it is hereby

ORDERED that the Court GRANTS the Parties' Joint Motion to File Unredacted Document Under Seal. The Declaration of Floyd A. Wisner in Support of the Joint Motion for Approval of Settlements and to Dismiss shall be maintained under seal by the Clerk pending further order of this Court.

The Clerk is requested to send a copy of this Order to all counsel of record.

Dated: December ___, 2024

_____
CLAUDE M. HILTON
United States District Judge